

United States District Court
District of Massachusetts

Colleen Marie Hardacre,
        Plaintiff,

v.

05 - 10542 MLW

Referred to Ch. MJ MB Bowler

Federal Bureau of Investigation,
U.S. Department of Justice,
And/Or any other law enforcement
agency not yet disclosed,
        Defendants.

## Complaint

This complaint is being filed under the Federal Tort Claims Act (FTCA) U.S.C. § 2671-2680 (2401 (b)). Permission to file this complaint was granted after filing an administrative claim with the USDOJ/FBI hereinafter FBI or Defendants. Their responsive denial of claim under 28 C.F.R. § 14.9(a) is attached hereto as Exhibit A.

This Complaint stems from the reckless, malicious, illegal actions of the FBI. This agency has caused me extensive mental + physical damage which were not appropriate or legal for any crime I committed. They have violated my civil rights extensively, broken many laws, illegally harmed my life + caused actual physical bodily harm due to provoke response adrenaline. The Plaintiff is trying to portray an accurate depiction of the grossly negligent actions in first violating my life with false deductions + excuses that are not based on science or criminal truth, and secondly their willful blindness & amnesia to their own tactics + the science consequences of them which have extensively harmed my body with adrenaline. My pelvis muscles + bladder have been damaged - even torn because of provoke response adrenaline - due to agent fright, noise & fear tactic. The FBI knows this + so as to force me to keep fighting with them for tape to blame me, they keep provoking + harming me on purpose, for 5 years now. Really I am suffering from their love of adrenaline provoke.

2

The FBI is acting maliciously + pretending like it does not understand this, yet keeps me from access to law + legal medicine to prove it + allow them to not face their liability as long as possible.

## Parties

1. The Plaintiff, Colleen Marie Hardacre, "Plaintiff", is a resident of Lawrence, Massachusetts and a citizen of the United States.

2. The Defendants, the Federal Bureau of Investigation, is an agency of the Executive Branch of the U.S. Government. The F.B.I is the principal investigative body of the U.S. Department of Justice.

## Jurisdiction

3. This Complaint is being filed under the Federal Tort Claims Act $28.4SC 2680(h)

<u>Factual Background - FBI's 1st Appearance</u>

4. In 1995 the Plaintiff was a law abiding Citizen of the U.S. with no prior criminal record or knowledge of the FBI's involvement in her life, believing she was a free citizen not under surveillance & enjoying all freedoms as a citizen of the U.S.

5. In October of 1995 the Plaintiff moved to Boston. She found appropriate housing & temporary work as a legal secretary until she could secure a permanent job.

6. A few days into her temporary job, the Plaintiff asked the secretary next to her where the post office was as she needed a moving kit & stamps. The other secretary replied, "It is down the street & is a very high security building. There are metal detectors & it is like the airport." The Plaintiff thought nothing of this & obtained what she needed. Two days later while returning from lunch a tough looking woman holding a fedex package stepped into the elevator with the Plaintiff. As the Plaintiff got

ready to exit the elevator + moved her purse, the woman who must have been an FBI agent pulled a gun on the Plaintiff + then put it away + sighed realizing I only picked up my purse. The Plaintiff was shocked + did not know what was going on + thought it must have been because she went into the high security building. The Plaintiff later learned she has been under surveillance for years + there was no purpose for the FBI to do this as they knew I was involved in _no_ criminal activity + had _no_ weapons.

7. It was then that the FBI began to stalk + swarm me + let me know that I indeed was under surveillance + then I was shocked.

8. How the FBI broke the law regarding this was for years they implied + created the illusions + scared me to death, that I, involved in postal crime. One FBI employee even said to me "It's only an illusion." And while that is nice, I suffered much anguish + endured years of abuse + lost life + the FBI implied this was why. In reality I was known to already be

5

under surveillance & known from a fact to be involved in nothing. This was a malicious crime.

9. I was chased around with fire trucks, postal trucks, blaring sirens, unabomber look alikes & Timothy McVey look alikes c comments re postal bombs, etc being blabbed at me by relentless FBI provokers for years. I was involved in nothing. This is a giant, malicious horror the FBI did to me. The Plaintiff filed a police report in an effort to combat <u>Tactics</u> the FBI attacked as <u>Exhibit B</u>. This did nothing.

10. To understand what the FBI does, one must understand their tactics. These were used on me after the FBI let me know they were there in October of 1995 & still are to date, every day. I was abused in a conveyor belt like swarmed fashion with comprehensory, sight & hearing provoking fight & noise abuse & fear training. I was & am constantly surrounded by FBI provokers everywhere, every day for 3500 days now. They infiltrate every place

6

that I am including shopping, about 2000 days of work (until they disabled me with provoke/response adrenaline + crushed my bladder + caused chest pain), wherever I live + swarm me commuting every day. While commuting you are swarmed by license plates + trucks (see Exhibit C) + traffic is constantly obstructed with some choreographic theme. They operate on a theme basis. Trucks, license plates, media, employees, all chanting the same provoking theme that is never actually a criminal truth of mine. They do it partage so you'll fight with them + say whatever they want you to. They can make you say anything. The thing the FBI loves the most is noise provoke. It uses machines, stomping, coughing, banging, blubbering provoking employees, sirens, helicopter, planes, slamming doors + they literally chase you around your apartment with stomping noise - to provoke in general, or specifically timed. This is their most used tactic. I call it "pot bang + present". They present something + noise

See Exhibit D

list of noise at home yearly.

7

is turned at it. Thats how they fear train you + force communication. Its like a lab rat being electrocuted. I have had it done to me know about 20 million times or 2 million times per year. Their employees are in your way all of the time. They control everything like send you 1/2 of an outfit, turn off utilities + choreograph TV, commercials + radio. They obstruct all phone calls + stick you on hold all of the time. They play word games + eventually make you unable to read without fear adrenaline. They train you at words by timing noise or bringing attention to something c̄ timing. For instance if they want to invent you are a postal criminal, when an ad for the post office is on TV, sirens go off. This trains you to fear it + forces tape of you saying, "I have nothing to do with the post office". Even if you are completely innocent, they keep forcing tape anyway. They make up things + act them out so you will parrot it back to them. They annoy you to death even about things that have nothing to do c̄ crime of yours.

8

The FBI surrounds you in illusions + trains you to fear + provoke response to them. It is then puts in your head the FBI believes it + forces you to react to it. You then fight them, parroting whatever they feel like making you say + they tape it. Then they run around playing these tapes + getting away with false deductions, coarced tape of things that have nothing to do with that persons actual crime ever + force tape about things that are scientifically inaccurate that can be proven in a court of science. They spend 24 hours a day forcing tape of illusions that aren't science accurate at all + forcing you to fight with them + having a contest to see who can enrage you the most. The FBI loves nothing more than adrenaline fight, noise + fear of nothing then hides so the citizen can never stop them! My body is harmed + damaged from 10 years of cardiovascular + smooth muscle, (bladder, etc) damage from provoke response reckless misuse of power FBI agents. I was provoked too long + they crushed my pelvis 5 years ago!

9

They seclude you from everyone (10 years now) + have your relatives + friends wear their Tshirts + parrot their themes at you to enrage you, even when they aren't real + like myself it would take me no effort to prove so, so the big bad FBI wont allow me access to the law. Atypical work day consists of 2000 fear words + 3000 fights + noises, a total of about 5000 provoke responses per day. Any disability it is about 500-2000 times a day. There is a camera on you at all times so the words, i.e. post office, become a fight / fear cue. Then TV, radio, license plates, billboards, words (post cereal) take over + you end up reacting hundreds + thousands of times per day, even when you completely innocent or being harmed in excess of anything. The FBI is a billion dollar, cannot possibly imagine what power, control + corruption they engage in, freakshow of police crime + wrong, sneaky behaviour.

11. This is supposed to be used ONLY to get actual confessions of real crime the person actually committed + I have watched

10

no criminal tape of an actual crime of mine be produced in 10 years except for 6 months of tape regarding discovery which they were done getting in 1998, while they were also telling me I was blowing up post offices. (which was never even possible)

12. They annoy you so extensively that soon you cannot read, look anywhere except the sky & the ground or exist without ear plugs. Their noise never ends Fright & noise provoke goes on all day, everywhere. As in my 6 work years with them the only conversation you hear is provoking & soon you are unable to speak to anyone without waiting for a provoke. In public my heart rate is about 130. The FBI 5 years ago caused a provoke response consequential condition of contracted skeletal & smooth muscle in my pelvis. My bladder, bowel, vaginal muscles are contracted & have torn & they keep provoking & "don't care". Examples of work documents found to speak are Exhibit E. They load the letters c fear words & then time fright & noise at them & raise adrenaline at the word. soon, presentment of the word

11

13  triggers fear alarm & you get more adrenaline at it. You are supposed to. That is the purpose. The FBI did this to me for 4 years, then forgot that I was supposed to get more adrenaline at fear words, so they did it to get tape of me getting adrenaline exactly when they forced me to, to blame me & twist science & liability. This will be discussed further under adrenaline provoke condition as another crime of the FBI.

Mishandeling, Excessive Force+
False Deduction of Investigation
into my childhood

14. I do not know how long the FBI has
been violating my life. I do not know when
it launched an "investigation" into my childhood
but I suspect it was many years prior to
the FBI letting me know it was there in late
1995 + my first knowledge that they were
questioning this in late 1996-1997.

15 From late 1996-1997, along with their
postal unabomber show, the FBI has
as recklessly and inhumanely as possible +
with the most malice + excessive force
not appropriate to my actions, harassed me
about children.

16 I participated in normal childhood discovery.
I also curiously laughed at peepees a few
times as a child/adolescent because 4 children
+ my babysitter did this to me. This was 1
second of laughing at a peepee without
touching or harm to anyone. This was
30 years ago + was never, ever done by me
again or even remembered.

13

I had no child molestation problem &
molested no one as an adult, only participate
in discovery 30 years ago. This did not
by the furthest most malicious stretch of
an artists ego, make me an adult sex
offender. My agents deserve a sentence
for the guns & excessive harassment they
inflicted on me about this. They obtained
tape about this in 1997-98 & were done.
They never stopped abusing me about this
to date. This is illegal.

17  Their tactic regarding this included the
tactic as mentioned above and about
1000 times a day since 1997 - forced me
to get provoked at a child word. They
timed fright & noise at these words, got
a confession & never stopped. This was
not appropriate. I was & am not an adult
sex offender & 10 years ago planned on
having a family. The FBI has destroyed
this along with every aspect of life for me.

14

18. The FBI was + is well aware of the fact that beyond discovery, I walked around not knowing I was under surveillance + molested no one, having a normal interaction + relationship with children as an adult.

19. According to attorney + psychologists, children do these things and they are not indicative of harmful intent nor adult problems. I forget that I did this + had a normal sex drive for men my adult life which the FBI also keeps obstructing.

20. The FBI is also so guilty of creating rouses + forcing tape defending myself implying child molestate during periods of surveillance where it knew there was none. <u>This is illegal.</u>

15

FBI Agent Cosequential
Provoke Response Adrenaline
Pelvic Contracted Muscle Damage

21. Because of the FBI's tactics of provoke
of Adrenaline only, I am suffering from
a FBI agent induced Catecholamine (Adrenaline)
induced pelvic smooth muscle, bladder,
bowel & vaginal contracted tone state with
muscle tearing, bleeding, tissue stuck
in my uterus, nerve damage, + constant
abnormal pain + squeezing contraction
of all pelvic muscles. This is only from
too much provoke response adrenaline
caused only by the FBI. This has been
contracted with a worsening pathology
+ cumulative pulling + a chart of worse
damage each year since 2000. The FBI
continues to recklessly maliciously force
tape + contracting me on purpose with no
regard to damage to my organs or chest
pain + ① sided numbness for the last
3 years. They said "we know + we don't
care". See Exhibit E = Medical records.
Bladder instability, enlarged heart, anemia from
Vag bleeding after surgery from contraction, nerve damage,
abnormal pap smear, proliferative tissue stud in contracted
16
uterus.

My access to law + legal medicine that
would certainly prove that I am right is
being obstructed on purpose. Too much
adrenaline contracts the pelvis. This is a
fact.

22. The FBI knows their fright, noise +
fear alarm is provoking of adrenaline
+ it keeps using fright + noise to contract
on purpose. Then it acts like it does
not understand + that I just am evil for
being contracted.

23. This is what they did. They used constant
noise + fright generally + then on purpose at
specific words-timed. Those words were
about 1000 child + 1000 other harassments
event anything + everything per day. This caused me to
provoke respond first at their fright + noise c̄
shots of adrenaline through the bloodstream
+ then at their fear words. Once in place
presentment of the fear/new react word
was provoking due only to the FBI agent
changing perception of it for me, forced on
me, from normal to fear. The FBI

17

Agent Knows that the sole purpose of this is to from that situation, every time they say it or it is presented, I am expected + forced to react c more adrenaline on purpose (why agts did it). Agents did this on purpose. They intended from 1997 on that the word "Kid" should produce more adrenaline at the word. That was my agents' intent. After they flooded me with adrenaline 4 years or 8 million (about 2 million times per year) my pelvis was contracted. I believe agents did this on purpose + knew that massive amounts of adrenaline would contract my pelvis. Then, once contracted in 2000, my agents were happy + forgot that they did this to me c their own tactic. They essentially trained me to perceive child + about 40,000 month + about 35,000 other words per month as fear provoke. I was noise + fright provoked 75,000 times a month + fear 75,000 times. Each of these produces contracting adrenaline.

24. Then my agents + entire FBI "forgot" that they produce adrenaline for a living. They subjected me to 3.5 more years of provoke

18

during work until I could not work anymore.
The FBI has been provoking me from 2000-
2005 footage + hurting me everyday as my
pelvis is contracted + each + every drop of
response adrenaline they put in my bloodstream
changes my provoke response adrenaline +
contraction, as it should, because they
pretend to "not understand how or why I get
adrenaline at the weird kid." When that
is exactly what my sneaky rotten FBI agents
did to my body on purpose. See Exhibit B
adrenaline research

25. I am suffering from only 1 thing, not being
evil, rather excessive for me provoke
response, done on purpose by my agents.

26. The table attached hereto (Exhibit C) demonstrates
what occurs to pelvic muscle with the
addition of adrenaline.

27. The FBI knows its noise + sight + fear are
response inducing alarms + that my
producing adrenaline at them is appropriate
+ expected. I am essentially paying
with my body + life for them provoking
me too long + too excessively.

19

The FBI has no right to be astonished that I produce adrenaline at will, that is what their 3,500 of chemical provoke what strategized + timed to do on purpose.

28. The FBI is suffering from provoke + their strategy amnesia while allowing malicious bodily harm to go on.

29. Someone needs to stop them before they kill me with adrenaline or rip my organs again.

30. What happened to my body is easily explainable in a court of law. The FBI won't face me because I am right. Then they are liable.

31. By 2000 they stopped my periods. In 2001 an EMG was done demonstrating contraction at rest + I was bleeding on penetration. While I had a normal pap smear in 2001, because of an increase in noise provoke + it being the fourth year of cumulative contraction, tissue

20

Was stuck in my uterus because they kept contracting me on purpose at work + everywhere. They make noise like feet stamping or hammering, on purpose, constantly + were literally squeezing blood out of me from 2002-2003. In 2003 I had a D+C to get the tissue out. 2 seconds later they were back provoking away again. My heart rate was so high I had chest pain + my left arm had pain shooting down it. Several times I thought I was dying + they were still making noise + I fight like it was nothing. I had to quit work in 2003 because it is like a group attack + I almost died at my desk. An agent commented around then "Ain't I doing good?" About 100 planes flew over my head + I was continued to be provoked to July of 2004. While picking up something heavy, due to contracted tone + the FBI's serenade of 1/2 hour of planes, my bladder muscle ripped. My lining in my uterus ripped 2x + my vaginal wall tore in November 2004. I sold my home in >

※ Another EMG was done in 12/04 showing my muscles are completely contracted at rest. I need valium to relax + can soothe don't do at

January 2005 because I am unable to work & moved into an apartment. Now the FBI thinks its OK to stomp my year 10 after my organs have torn & keep pumping more fight response on my pelvis. I scream & yell but they never stop. My pelvis is practically tearing at rest. ~~They won't wait on me for another papsmear.~~ ① Had one 3/3/05, another pap smear. ~~I have not had one since 2002~~. They don't care. Every month I literally have to speller out prayers through contracted muscle (5 years now).

32. They keep contracting me with fright & noise & fear & forcing age to support a 20 million time chemical provoke response they know is their own fault, on me. Someone needs to stop them, they can't do it.

33. My agents are using children to get out of trouble for damaging my pelvis with provoke. They know they made me get adrenaline at kids. They did it on purpose.

22

34.

What Contracts My Pelvis Blue
to Adrenaline Provoke Response
Alarm That Other Tactic & Fault

① Perception of fight etc., wait, hold, blocking,
stoppie, dilemma, distraction, driving in
front of slowly, swarming, blabbering,
obstructing something — their typical tactics.

② FBI noise - The Bureau loves its noise!
Coughing, banging, stomping above your head,
machines, sirens, blabbering fake
conversations & cue words to harass, any
noise

③ Fear/Now - Already trained to fear word.
Resentment of this only produces adrenaline
because agents changed the word to fear
provoking & adrenaline is only changing
because an agent changed it for you.

④ Enduring & ignoring anything - a fear word,
a provoking employee, a prop, etc - anything
added to the periphery surreptly are a
peripheral nightmare.

23

⑤ Fear of contracting - Since this freakshow of
police crime is monitoring my pelvis somehow
& I get punished if it changes, yet their
adrenaline contracted it at 8 million provokes
now 11 million more on purpose to get tape
I pulled one day; or

⑥ Not guarding the permanent contraction they caused
with 10 years of provoke chemicals. These are
muscles I can control. If I don't & it shifts:
they somehow know & make up it shifted for
whatever reason they feel like. It is permanently
abnormally contracted like a slingshot due to 10 years
of provoke chemicals.

35. Agents Know

① That they provoke adrenaline for a living,
② Know they induce adrenaline with fight &
nausea do it on purpose daily & then pretend
like they never did.
③ Know that adrenaline changes heart rate,
& pulls skeletal / smooth muscle. They know
that as of 2000 (+ now 10 million more cumulate
times) that they are pulling me to complete

24

Contraction +pain with provoke response chemical that is their fault + not my guilt to what feels like the pelvic bone. They know they are hurting + tearing muscles + lining of vagina, bladder + bowel, sphincter, vaginal thighs + are causing abdominal pulling — (spleen area). They know they are causing chest pain + L sided numbness + they know adrenaline does this.

(4) They know I am producing adrenaline in response to their provoke, yet pretend like its a test + they don't.

(5) They know they are willfully hurting me on purpose + that I have worsening pathology markedly tighter at rest each day + year, because their daily induced chemicals keep resqueezing what is already squeezed.

(6) They know it is illegal to harm a citizens body in the U.S. This is how they are breaking the law.

36. Someone needs to stop the FBI from their provoke being used on me before they kill me. The FBI is breaking the law as follows: The FBI is criminally + civilly guilty of falsely deducting the science of what is going on with this condition on purpose when they know it other provoke response, fear training + fear

37. My agents did this fear training from 1995-97. Then on at 2000 with child based words + 1000 others. Then in 2000 became astonished that I got more adrenaline at those words. They dangerously contracted my body + now have done it 10 million more times + my muscles are tearing from abnormal tension at rest.

38. In addition to this fear change of adrenaline, they never, ever stop fight + noise provoking, also # 1 million times per year that continues to vasoconstrict & damage my body. Then they pretend like they didn't.

39. I am chemically, really suffering from cumulative squeezing of pelvic muscles from provoke response chemicals. The FBI keeps trying to make fear words selective to get out of provoke multitude liability + blame me. See Exhibit # harassment fright noise + fear chemical inducement yearly log.

They have had of 5 year excuse of contracting me on purpose to get face to support a theory that fights I am

26

True Science of Provoke Tactic
Fear Training + How It Provoke
Response Contradicts My Pelvis the Fault of the FBI

40. The Science fact of what the FBI's 3500
days in a row of provoke chemically have
done to my pelvis is contradct it with their
fight, noise&fear training tactics. Agents
take normal words or words normally
perceived by all to not induce a nervous
alarm fear/fight based provoke response of
certain change in adrenaline + change them
into words that at the second of perception
abnormally induce a response of adrenaline
change. Prior to doing so, the citizen did not
ever react to that word with more adrenaline.
This magically makes the word from that
point on in + of itself capable of inducing
adrenaline in the citizen when it never did
before. Agents did this with about 1000 kid
words + 1000 harassment about everything
else words. The FBI knew that this would
change my body + force it to react to the cue
as a provoke word cue. This should then
be expected to change my adrenaline + all
that changes with adrenaline, heart rate etc
should change. This is not my guilt. It
is a medical certainty agents should
effect me to do. That was their purpose
in doing it.

27

Suffering from provoke response 19 million time, 3500 days of chemical in a row, and implies I just contracted at a feature 5 times because I am evil + the FBI is wonderful + had nothing to do with this. This is illegal.

41. A sincere excuse of getting off harming my pelvis organs like my uterus, vaginal wall, pap smear, tearing bladder muscle, etc. is unacceptable in the U.S.

42. Someone needs to stop them.

43. The science is provoke response 20 million times not I just contracted magically all by myself + its mine + anything else except federal provokers' faults. This is why they keep doing it + won't free me.

44. The science they are operating on is malicious + that of intentional amnesia to their own fault tactics.

45. My body is ravaged by the effect of too much adrenaline. Everything adrenaline

28

Changes in every textbook in the US
has been damaged extensively in my body

46. The Bureau only keeps proving to force to blame anything except their provoke + love of Adrenaline. They are seriously implying its "legal" to harm my body every day for 5 years in the US to force rape up contracting 5 times in provoke response out of 30 million is legal somewhere in the U.S. I was informed on 3/21/05 that I have another pap smear with atypical cells + need another biopsy, positive, DCL + could have cancer. The Feds provoke effects the lining of pelvic muscles + has caused this cell damage.

Other Medical Condition of
Sensory Nerve Damage the
<u>FBI Mishandled</u>

47. In 1982 I moved into a building into my
first apartment. While cleaning the Kitchen
Sink, I noticed an eel like snake sitting in the
curve of the drain with its head visible just
below the drain guard. I saw it for several
months. I don't know how this is possible but
it was there that I saw at least 30-50 times.
I poked it, poured comet on it, poured liquid
plummer on it & finally put crystal draino or
something down there & then did not see it. A few
day later, much to my shock & horror, a dead
snake was in the middle of the floor of the
basement when I went to do my laundry. From
the first moment I saw the snake in the sink I
began to be scared of the apartment + questioned,
as anyone would, if something was wrong with
the plumbing/water. I began to be afraid to
drink it or use the water at all. I was alone
+ had no money + nowhere to go. I saw a few
other snakes while living there as did
my friend when we were moving out. I did
not imagine it.

30

48. During this time I had been on prescription diet pills from a doctor taking the normal dosage. In September of 1982 I was diagnosed with a false positive mono test + positive CMV virus test. I was told there was nothing I could do about it except take aspirin. My neck was extremely swollen + I was quite lethargic. I was so exhausted I could not get out of bed. I was on my own for the first time so I began overdosing on diet pills to go back to work. By the end of the year I was taking 4x the regular dosage. Around this time is when I noticed the snake, and while most would say I probably hallucinated it, it was very much there, others saw it after it was dead. This would be scary + traumatic to anyone + to someone on drugs, it was even more so.

49. By spring of 1983 I believe I was taking between 4-5 x the dose of pills because I obviously was addicted + built up a tolerance + was not in control of anything. This was a horrible time in my life filled with many other traumas although nothing is as bad as life with the FBI. I was

31

strung out on pills & needed help. Eventually I did wean off of them & have no addiction problem since then.

50.    Unfortunately I did not stop soon enough. In spring of 1983, while addicted to pills, I woke up one day & did not feel good. I became extremely nauseated & suddenly, as though someone had turned on a button, began itching all over - almost to pain. I was hysterical. I called several doctors & sought several avenues of finding out what was wrong. This was a constant overall never ending horror where I could not stand anything, even clothes, on my skin. This went on for a few months & then as I weaned off drugs, eventually subsided. I was so sick at this time that no one could imagine this sensation & could live through it. I would find out 20 years later, with absolutely no help from the jone of law enforcement FBI, that I had demylinated my own sensory nerves.

51. During my search for what was wrong I thought Maybe it was from the virus so I spent many hours reading medical books trying to find an answer. An addict, as I was at that time, never really thinks their drug is a problem. I definitely did not think a pill was capable of doing this to my body. Because I saw the snake in the sink, I, as anyone would, thought Maybe something was wrong with the plumbing or water.

52. I believe the FBI was surveilling mother & did nothing to help me find an answer until 2003 when a neurologist told me I had nerve damage. This is a 20 year crime for them.

53. This condition subsided except for intermittent sensation problems until March of 1990. I had oral surgery & had a cyst in my sinus removed. After surgery & penicillin, my extreme itching & pain came back again for a few months, then gradually subsided.

33

54. I was skeptical again & tried to find out what happened. I even went to a neurologist & was told I could have nerve damage from diet pills but there was no evidence of that. No tests were done either, all I needed was an EMG. <u>The FBI failed to have that done & me informed that I had nerve damage, again.</u> Although once they made their presence known in 1995 & I was not on the secret surveillance plan, they had much fun making fun of me about this & implied I was crazy & had no sensation damage. The fact that there was a snake in the drain is a as of yet unexplained coincidence maybe the FBI can explain one day, that is simultaneous with my development of an itching, feels like crawling, worms, sensation & what was really demylinated nerves. There is a condition called formication that is a symptom of these sensations that people get when overdosing. Another thing the FBI forgot to tell me, letting me wonder what possibley happened to me & how anyone could have a snake

34

in their drain everyday. The FBI is a giant freakshow of choreography so to me it would not have been beneath them to put this there on purpose to scare me or draw attention to something. No one would believe what they really do to citizens.

55. In late 2002 I was seeing a neurologist, Dr. Madden. He did a leg EMG and said that my sensory nerves were mildly to moderately demyelinated. See Exhibit H-I He said, your feeling nerves are slick, something happened & I don't know what, but they are demyelinated. I asked him if either CMV or the diet pills could have done this & he said "yes, if it broke the stress axis." This would confirm & explain the abnormal itching & pain during taking the overdose of pills. He also said that itching is pain which explains why sometimes I feel itching or pain or pinching.

56. I believe the FBI was in my life regarding this for many years treating me as though I imagined this sensation was

35

mentally, not physically ill. I think they used this as an excuse to surveil me for many years when in reality I had sensation damage. This is a crime for them. No agent ever instructed any physician I saw to do an EMG which finally brought an answer to what was a 20 year medical horror for me. They had much fun making fun of me all day with snide comments + even taped feathers to a car one day to represent "tarring". The FBI caused me to lose much time from my life because of this. It slandered my name + had me falsely labeled while obstructing my freedom.

57. The FBI never wants to stop surveilling me. Its like saying you have MS (motor nerve damage) so you can't live. I have sensory nerve damage. Rather than admit I have nerve damage + am not "imagining it" like the FBI uses as their free pass to steal my life, the FBI should be forced to stop obstructing my life about it.

58. I had sensation damage. The FBI treated me like I was crazy. This is a crime for them

36

# Damages

The FBI's evil operation & harassment of me is a conspiracy & scam of corruption; misconduct, false deduction, illegal coersion, slander & never ending false themes, reasons & excuses that when challenged by anyone in law or by anyone with a sense of fact, reality or truth would be uncovered for the conspiracy & agent criminal excuse that it all is. Their handling and violating my life is a never ending twisted fiasco of illegal harm, delusional pipedreams, redundent, repetitive, false themes & self serving — cover up of agent liability. It is the same with all issues. See below:

| Truth-Provablein Court | FBI's Version |
|---|---|
| 1 Discovery ending in adolesence not an adult offender | 1 Stale decades of my life. Got a statement 8 years ago never stopped harassing. |
| 2 Nerve damage | 2 Shes crazy & is not experiencing nerve damage |
| 3 Got stamps/movingkit | 3. Shes a postal criminal & forgot I was under surveillance & could not have been |

37

<u>Truth</u>

4. Suffering from 10 years of provoke response chemical, appropriately reacting to their cues react to more adrenaline

<u>FBI Version</u>

4. Forgot they even provoked me 30 million times + specifically trained me to react to cues.

The following are damages I incurred as a direct consequence of FBI agents behavior:

1. I believe I was secretly surveilled for an undisclosed amount of time, perhaps decades for non-legal reasons.

2. I was blatantly swarmed, imprisoned, stalked, + relentlessly, maliciously + illegally subjected to cult like programming, fear training + harass-ment not leading to the solving of an actual crime of mine for 10 years as of October 2005 causing extensive emotional distress pain + agony + physical harm from adrenaline in response to their provoke.

38

3. Slander

4. Obstruction of Justice, the FBI has blatently obstructed my access to the law & legal medicines, because what they are doing is wrong, including bodily harm.

5. Theft, vandalism.

6. Staged car accidents & damaged/disabled my car. Had a mailtruck hit me in 1997. Had a man in Chicago wearing a Boston hat hit me - See Exhibit BT, along with many others. Disabled my car after buying groceries.

7. Homelessness - obstructed hundreds of apartments called & screened me constantly while calling. Obstructed the return of a rental security deposit leaving & stranding me in a hotel, forcing me to charge an apartment + then would almost not let me live there (or anywhere). Chased off the streets of Boston. Had dad force to go back to Boston, then blocked all the

apartments & said "Well just get in front of that one too!" Would not let me get an apartment until I called the police, then suddenly there was one. While viewing an apartment in 2000 had sign on door saying "go away". They make housing impossible & then once you move in, never stop making noise & turn it into a prison cell of constant abuse. Stomp above your head & break everything.

8. Joblessness. They hire & fire you whenever they feel like it & torture you all day long, including inventing skeletal mishaps, etc.

9. Subjected to constant harassment of the Sympathetic nervous system with rage, fright & noise which harmed me everyday & after the first 4 years, contracted my pelvis. Then did it 5 more years on purpose causing extensive cardiovascular damage, an enlarged heart, abnormal heart rate at all times when they have access to me, chest pain, (L) sided numbness, cardiovascular Catecholamine smooth muscle pelvic damage of bowel, bladder & vaginal muscles & reproductive organs. Had a Dr to

40

remove tissue stuck in uterus. Caused 10 months of constant bleeding due to vaso-constriction from constant provoke, urogenital Mutilation & adrenaline pulling all muscles, causing the bladder, vaginal wall & lining of the rectum to tear 4 times.

10. Gross, negligent malicious criminal Misconduct & false allegations causing much wasted time and harm.

11. Agents forgot prior surveillance on purpose making me incapable of their allegations.

12. Stolen money and things.

13. Damage to my home including water heater and furnace. Forced to sell home.

14. Always causing financial distress & worry. Send paid bills to collection. Don't give raises at work where I was tortured all year.

41

15. Agents turn off & on attitude whenever.

16. Creating agrophobia because of excessive swarming & harm incurred 10 years that physically hurts my body everytime I go out or whenever they provoke where I live.

17. Incapacitated from any gainful employment because my bladder, uterus, etc is pulled on with FBI typical noise which causes bleeding & pain & heart rate in public everytime of 120 or more. My trigone is pulled to the pelvic bone & has been for 5 years from provoking and they just keep adding more provoke in an attempt to sway the issue from their provoke response to someone elses fault.

18. Their agent ordered noise abuse of planes, sirens, coughing, banging, blubbering, etc has made me unable to be in public or hear anything without pelvic contraction & pain.

42

19. They lie + break all electronics including your computer + printer. They disable your CDs or words + disable batteries + cameras + recorders so you cannot tape them or take pictures of their abuse.

20. They cause intentional bill / banking problems.

21. They block traffic daily + create deluded theme based accidents. They control TV, radio + commercials + provoke through these media + create ruses.

22. They cause you to be late whenever they feel like it, especially to work.

23. They raise your rent, mortgage, parking or anything whenever they feel like it.

24. They turned off my heat in January in Chicago and stuck my doorbell.

25. They locked my screen door from the outside in Mass so I could not get in.

43

26. They locked my car doors with the car running while getting mail.

27. Kept refund money causing me to sleep on a hardwood floor for weeks.

28. Stuck roaches in my house, maggots in my cats' food & put a dead mouse in my apartment.

29. Questionably made teeth not salvageable at a dentist when a few months earlier they were.

30. They made 3 cats disappear including 1 I had for 40 years.

31. Harassed & threatened for 8 years after a statement about child discovery.

32. Falsely deducted me as mentally ill for 40 years when I really had sensory nerve damage.

33. Believe the FBI surveilled me & stole up to 40 years re discovery without confronting me or obtaining a statement & now 8 years after of constant abuse.

44

34. Stole several years chasing a postal illusion that was never even possible as I was under surveillance for years & did not know it.

35. Am at 5 years now wasted with the FBI "not understanding" that it crushed my pelvis with provoke tactic of fright noise & fear alarm, all changing adrenaline as I correctly perceive their provoke & it triggers responsive alarm & chemical with extensive pelvic damage. I have been provoked about 20 million times now & 10 years in October 2003.

36. I called the DA's office to attempt to have the FBI charged with bodily harm. I was sent a letter saying they could not help me - when agents then stole. They obstructed my access to have criminal charges filed for my pelvis. See Envelope Exhibit ✗

37. Have had to take tranquilizers & pain pills to endure provoking & control heart rate for 10 years.

45

38. Endured 2 mental hospitalizations wherein I was told the FBI wasn't there + I was force fed anti dellusional meds. Had to go to therapist (one gave me the finger while I talked) + said he did not want to get involved. Currently have to go to a therapist who tells me they aren't there either and I ass have Schizoeffective disorder, while feds crank him at the appointments o raid the waiting room + office. They control all appointments + doctors swear they can't because its illegal.

39. Suicide attempts in 1998 because could not take harassment + being wronged anymore.

40. Developed several ear infections from wearing ear plugs since 1997. To this day if I take them out, they bang + think its funny. Their noise contracts my pelvis + literally squeezes me in half for 5 years now.

46

41. Specifically, the Boston BI did the following:

a. McVeighed + stalked me off the street for no reason in 1996.

b. Made housing impossible to find + forced me to lose money on hotels.

c. Forced me to endure job interviews I would never get.

d. Because of blaring sirens downtown on purpose, caused me to fall down stairs + fractured my ankle. Then forced me to sue the parking lot + city + then said, "Thats the only ~~Statement~~ Settlement you'll ever get"

e. Caused constant harm at work + abuse + wrongly fired me.

f. Sent paid bills to collection, + again 1/27/04.

g. I come to Boston to live for the 3rd time in October 2000. I was already suffering from chemical provoke response contraction + they did it a million more times - footage is pulled 5 times.

h. After buying my first home which I just had to sell, they broke the water heater + furnace

47

My TV whenever they feel like it & froze my pipes. This cost about $3,000 so year. I was denied a raise & my mortgage was raised 200.00 mo.

i. Disabled me from work & made me worry about disability for 2 years. Finally forced to sell house & have to live off of 1300/month as of 10/05 & my inheritance. Continue to force me to pay health insurance when I could be on Medicaid.

j. When I start saving money they increase bills & break things.

K. Specific money lost because of all FBI:

1. Moved to Mass 10/95. Got apartment 3/96 & was tortured up street & out of job. Quit & went home 6/96. Lost Security deposit, income & travel costs.

2. Tried again to work: Lyon & Lyon - LaJolla, CA. Was relentlessly abused at work. No income 8/96 - 8/97. No legitimate questioning either. Was at home in bed where nothing was resolved, solved or accomplished by FBI - the same as it is the last 9 years.

48

3. Travelled back to Mass. On motel 6 Braintree 8/97. Would not let me rent apartments. Walked in front of me, said (on way to find apt) "We'll just get in front of this one too. Wasted hotel money sitting waiting for apts to call back they obstructed. Finally I called the police. Suddenly apartment was available & moved in. Kept stalking me & was afraid to go downtown after what they did last time & left Mass. Was assured could have security deposit back to secure another apt. Went back to Chicago & again would not rent to me. Kept security deposit over a month. Had to charge an apt & sleep on hardwood floor the bed.
Costs: Travel across country, hotels, worry. At least 1500.

4. Oak Park, Il
Caused constant banking problems, Utilities, could get repairs, tows.
Costs: At least 1,000

49

5. Downers Grove, Ill
   False collie bill already paid - Said wasn't
                                        70.00

   Sheds broke car completely - had to get new one.
   Could not afford payment.
   Soon all bills & credit cards were behind
   accruing interest & fees.
   Had almost no money or food. Cause me
   $100.00 trap in the net on purpose as a
   false ruse.
   All bills snowballed into collection

6. Back to Mass 10/00
   Again, stuck in hotel & would not rent
   to me for 3 weeks. They had ability
   to make apt available anytime. Called
   about 100 places - they screwed me & obstructed
   calls. Excuse - same as today -
   chasing why their provided chemicals
   contracted my body in 1999 while they
   continue to induce chemical 2 mil/year.
   Did not deliver car payment (several
   times or made late, then charged
   late fees.)        hotel 2000.
     broke microwave $100.
     late fees         100.
     paid off credit cards + fees?

7. Billerica, MA 6/2002
   Bought house — no raise at move   1500.
   Pelus Contracted 1999.
   Began bleeding 10 months pass — $400.00
   House:
   broke — Heater 3x          2,000.
          Water heater 5x    1500.
          frozen pipes       150.
          (let me know they did)
   did not return mail to HSN  150.
   Stuck paid bill on collector  130.
             OPH

   Plumber — turned off water   130.
   Increased mortgage from
       1217-1307 in
       few months.
   Disabled from work 6/03
   + made worry re cut off to 1/05
   when sold house
   Broke TV          $100.00
8. Medical Bills
   Many b/c of their adrenaline
          Mutilation
        + anguish
   Oak Park Hospital, West Suburban Hosp
   Dr Zimmerman , Riverside Mental

51

Lahey Clinic , Dr. Bennett
Quincy Hospital, Dr. Madden,
Howard Medical , ER visits


9.  1/05
    Forced to sell house
    movers  1200.
    boxes  300.
    lost tax write off  $10,000
    Completely disabled for life
    expected to receive on  $1300.00
                                months as of
                                10/05

    Tore lining of bladder, vagina +
                        rectum 4x in 2004.
    Still provoking.

    Moved to apt 1/28/05.
    Increased noise provoke + pulled
    pelvis tighter. Cannot walk
    through apt c/o noise contraction
    in year 10. Worsened condition.


                    52

42. Tried to confront the FBI several times & was told "just complain to us". See Exhibit

The Plaintiff hereby asks the Court for the following:

1. Appoint counsel to the defendant that the FBI does not corrupt or obstruct in seeking criminal & civil damages + reserve the right to amend this complaint or refile with such attorney once the FBI stops hiding + acknowledges its presence.

2. Force the FBI to appear + allow all issues to be resolved with attorneys as each day of more provoke as against they are destroying my bladder + pelvis which tore 3 months ago + 8 months ago.

3. Force the FBI to cease surveillance + its right to provoke as it is not obtaining tape that is solving a crime of menace or changing the science of me suffering from provoke response to a different science by continuing to provoke adrenaline.

4. Force the FBI to not cease disability payments since its inability to control its provoke at work has disabled me & literally squeezed me to pelvic bleeding

54

& chest pain the last entire year with pain shooting down my arm from adrenaline.

5. Force the FBI to appear this year so I do not have to waste inheritance for buying a home they forced me out of on survival since they disabled me from gainful employment in 6/02.

6. Force the FBI to stop breaking my appliances, vandalizing my things; including my car, or my TV, etc, as it is not solving a crime of mine.

7. Force the FBI to subject their excuses & medical theories about my pelvis & nerve damage to an objective expert who examines their tactics & my body for actual chemically monitored adrenaline changes during their provoke along with my attorney & a few experts so this 5 years of all use about a medical issue can be resolved, by objective experts & real science, not the FBI's version of science & law that says its 30 million provokes of adrenaline are not provoking of adrenaline.

55

8. Force the FBI to stop harming my body with provohe.

9. Force the FBI to not steal my money from my accounts or alter bills or any other typical antics or hurt my cats again.

10. Force the FBI to disclose how long it has been surveilling me.

11. Force the FBI to not obstruct my pursuit of filing criminal charges against them for this bodily harm they are so totally responsible for & advise the plaintiff of how to close as no one will tell me. It took me 9 years to find out I could file this complaint.

12. It is impossible to put a price on the damages at this point so plaintiff wishes to consult with an attorney first that the court orders as the FBI does not let me get them through usual measures.

56

13. For the FBI to stop harassment; threats and stalling with false unorientated deductions.

3/22/05 Respectfully submitted,

Colleen M. Hardacie

Pro Se

Colleen Hardacie
113 River Pointe Way
#6209
Laurence, MA 01843
978-683-3755

57