United States District Court
District of Massachusetts

Colleen Marie Hardacre
   Plaintiff,

v.

Federal Bureau of Investigation,
U.S. Department of Justice,
and/or any other law enforcement
agency not yet disclosed,
   Defendants.

FILED
CLERKS OFFICE
2005 MAR 22 P 3:03
U.S. DISTRICT COURT
DISTRICT OF MASS

05-1054...

## Motion for Temporary Restraining Order

The Plaintiff, Colleen Marie Hardacre, hereby requests that this Court grant a Motion for Temporary Restraining Order against the Defendants, Federal Bureau of Investigation & U.S. Department of Justice, et al. hereafter "FBI" for the reasons as stated in the Complaint attached hereto as Exhibit "A" and for the following reasons:

(1)

1). The Plaintiff has been subjected to ten (10) years of constant a million times per year chemical provoke of noise, fight & fear. After 4 years or 1999, the Plaintiffs pelvis & smooth & skeletal muscle was permanently abnormally contracted & she was suffering & in much pain eversince, from provoke response.

2) The FBI's love of noise, fight & fear produces massive amounts of harmful provoke response chemical. These chemicals gradually & cumulatively keep contracting & changing all that abnormal levels of adrenaline change in the body.

3) By 1999 the Plaintiffs entire pelvis, bowel, bladder & vaginal muscles were abnormally contracted by FBI tactic.

4) The FBI has chosen to continue to get away with this for 5 entire more years causing worsening pathology each year as follows:
1999+ Complete contraction of bladder, bowel,
2000: Vaginal muscles, spasms, burning, difficulty going to the bathroom, having periods through contracted muscles stopped periods for awhile.

difficulty sitting up

2001: Muscles contracted. FBI tactic of noise, light & fear intolerable. Unable to stand intercourse & bleeding afterwards. EMG showed contraction when supposed to be relaxed. Papsmear normal, Next year not.

2002: Worsening tightening & intolerable pain. Began bleeding constantly 6/02 - 4/03. FBI continued to noise & fight to constriction & literally squeezed blood out of me. Provoke adrenaline & said "we know & we don't care". Biopsy showed proliferative cells.

2003: Felt tear in rectal lining from tension followed by gas, cramping & fever. Healed in few weeks. D&C 3/31/03 to remove tissue stuck in uterus from contraction from federal provoke. Feds continued to provoke. Disabled Pelvis & chest pain 6/03

2004: At rest tension became intolerable. Begging, crying. Unable to sit up, drive on ld bumps. Felt bladder & rectum tear in 7/04. Vaginal wall tear 11/04.

③

2005! Waiting for another tear. Tension intolerable everyday + agents keep contracting c̄ noise + fight for medically ignorant excuses.

5) The FBI used provoke to train me to react at cues usually perceived as normal with more adrenaline. Their now 5 year effort + excuse has been "We, agents" don't understand why you get more adrenaline at our cue of provoke 2 million times per year, so we'll provoke you now 10 million more times, each pulling my pelvis cumulatively tighter to force tape that I pulled at a provoke session 5-10 x 5 years ago."

6. It is unexcusable for any law enforcement agency to harm someones body on purpose to force tape to lie about a science 20 million times. Someone has to stop the FBI.

7. <u>The FBI is lying about science + not chasing an actual crime of mine.</u>

(3)

8. These issues are humanely solvable with experts & attorneys. The FBI should know better than to subject any U.S. citizen to pain on purpose c provoke all day & keep them obstructed from law & legal medicine so the citizen can't prove whats really going on. Whats really going on is I am suffering from provoke response chemical when & how the FBI forced me to 30 million times now. They would like to blame me & suppress this science, so they won't stop.

9. The FBI has torn organs & linings in my pelvis & needs to be stopped. There is nothing they are doing that cannot be done c lawyers, experts & judges presiding their antics. Their behavior is negligent, malicious & barbarically inhumane.

10. Tearing a bladder, vagina & smooth muscle in a pelvis is not a privilege of any FBI agent with provoke adrenaline anywhere in the U.S. I was informed 3/21/05 that I have atypical cells on pap smear & need another biopsy, possible D&C & may have cancer. The FBIs provoke adrenaline (4) constricts the lining of the uterus & vagina & needs to be stopped. They caused this.

11. The Plaintiff fears the FBI will again damage her pelvis & possibly tear my bladder, bowel or vagina with adrenaline & therefore need to be stopped.

12. If anyone saw or knew what the FBI was professing v. what science was really going on, my agents would be in prison years ago & deserve a sentence for this & all their excuses & themes.

13. The Plaintiff hereby requests the Court force the FBI to cease & appear for resolution of all issues for fear of bodily injury from private chemicals.

Respectfully Submitted,

Colleen M Hardacre

Colleen Hardacre
113 River Point Way #6209
Lawrence, MA 01843
978-683-3755

⑤

United States District Court
District of Massachusetts

Colleen Marie Hardane,
  Plaintiff,

v.

Federal Bureau of Investigation,
U.S. Department of Justice, et al.,
  Defendants

Order

The Motion for Temporary Restraining Order is hereby:

Granted / Disallowed

Judge:

Date: