United States District Court
District of Massachusetts
_____

Colleen Marie Hardacre,   )
 Plaintiff,   )
   )
   )
V.   )  05-10542 MLW
   )
   )
Federal Bureau of Investigation,   )
U.S. Department of Justice, et al   )
_____

## Motion for appointment of Counsel

① The Plaintiff, Colleen Marie Hardacre, "Plaintiff", hereby requests that the Court appoint an attorney to aid her in her attempts to confront the Federal Bureau of Investigation and U.S. Department of Justice, et al, hereinafter "FBI", as the FBI has obstructed 10 years of attempts because they are not engaging in legal conduct with their handling of my life. Plaintiff also needs help in ascertaining criminal charges against the FBI as they have committed several agent crimes & caused much illegal harm as outlined in my complaint.

1

2  The Plaintiff has spent the last 10 years trying to confront the FBI, written several letters, pointed out to her agents the right & wrongness of their actions & what is real & what is not & continues to be obstructed so they can keep forcing tape & lying about things like science fact (for the 5th year now).

3  The most important issue is that the FBI's provoke response adrenaline is dangerously contracting pelvic muscles & has torn the linings several times. The Plaintiff fears that the FBI will certainly keep pulling on already contracted muscle & permanently damage her pelvis this year if no one stops the FBI. They can't & won't stop squeezing my muscles c noise & fight & fear, all leading to no crime of mine, because their own provoke tactic is the issue & they want to suppress it as long as possible.

4  The Plaintiff has been told at her attempts to confront the FBI - "just complain to us", + you can't complain, you need permission, I have permission - Exhibit A. I was

also told "We don't give legal advice. Exhibit B. As recent as 3 weeks ago, I called an attorney + the FBI obstructed the call. Over the last 10 years, they obstructed about 1000 calls to attorneys.

5. They won't deal with me because I am right, they owe me extensive damages + I am suffering from their provoke. They are happy with me isolated from everyone + under their control forcing tape that is really just maliciously lying about the severe horror of the FBI's own provoke.

6. Someone needs to force the FBI to deal with me legitimately for once.

Respectfully submitted,

Colleen M Hardacre

Colleen Hardacre
113 River Pointe Way
#6209
Lawrence, MA 01843
978-683-3755

3



U.S. Department of Justi

Federal Bureau of Investigation

Office of the General Counsel                              Washington, D.C. 20535

October 19, 2004

CERTIFIED MAIL -
RETURN RECEIPT REQUESTED

Ms. Colleen M. Hardacre
57 Riveredge Road
Billerica, Massachusetts 01862

RE: Administrative Claim of Colleen M. Hardacre

Dear Ms. Hardacre:

      Reference is made to the above-captioned Administrative Claim, dated April 19, 2004. The claim seeks damages under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680. In order to recover damages under the FTCA, a claimant must demonstrate negligence or a wrongful act or omission on the part of a federal employee acting within the scope of employment. After reviewing the applicable law and the merits of the claim, this office has concluded that the claim should be, and hereby is, denied pursuant to 28 C.F.R. § 14.9.

      We are required by law (28 C.F.R. § 14.9(a)) to inform you that if you are dissatisfied with this determination, you may file suit in an appropriate United States District Court not later than six months after the date of mailing of this notification of denial. 28 U.S.C. § 2401(b).

                                       Sincerely,

                                       Betsy J. Ritter
                                       Assistant General Counsel
                                       Civil Litigation Unit I

*Exhibit A*



U.S. Department of Justice

Federal Bureau of Investigation

---

Office of the General Counsel	Washington, D.C. 20535

July 3, 2001

Colleen M. Hardacre
46 Greentree Lane, #21
So. Weymouth, MA   02190

Dear Ms. Hardacre:

    This is to acknowledge receipt of your letter dated May 17, 2001 requesting certain legal advice. Unfortunately, the FBI does not provide legal advice of this type to private parties. You might consider continuing your efforts to find a private attorney who can provide the information you seek.

Sincerely,

Charles M. Steele
Deputy General Counsel

Exhibit B



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.  190-SD-57819

9797 Aero Drive
San Diego, CA 92123
February 19, 1997

C. Matthew Mandrell
Attorney at Law
%Law Firm Nimmo & Steigerwalt
1510 Front Street
Suite 400
San Diego, California 92101

RE:  **COLLEEN M. HARDACRE**

Dear Mr. Mandrell:

    Reference is made to your perfected Freedom of Information/Privacy Act request dated January 22, 1997 and received by our office on February 18, 1997, on the above.

    A search of our indices to the central records system as maintained by the San Diego Office located documents responsive to your request. Excisions have been made on these documents, in order to protect materials which are exempted from disclosure pursuant to Title 5, United States Code, Section 552 and/or 552a as follows:

| | |
|---|---|
| (j)(2) | material reporting investigative effort pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals, except records of arrest. |
| (b)(7) | records of information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information: |
| (c) | could reasonably be expected to constitute an unwarranted invasion of personal privacy; |



Exhibit B

If you desire you may submit an administrative appeal from any denial contained herein. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within 30 days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the name of the office to which your original request was directed.

Sincerely,

ROBERT E. WALSH
SPECIAL AGENT IN CHARGE

BY:

*[signature: Charles B Walker]*

CHARLES B. WALKER
CHIEF DIVISION COUNSEL

2



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                              Washington, D.C. 20530

April 14, 1997

Ms. Colleen M. Hardacre
2351 Cipriano Lane
Carlsleod, CA  92008

   Re:  FOIPA No. 419647

Dear Ms. Hardacre:

   This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on March 25, 1997.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **97-1047**. Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                    Sincerely,

                                    Drema A. Hanshaw
                                    Paralegal Specialist

I called 11/97 -
Still "backed up"

Exhibit C