UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN HARDACRE,<br>    Plaintiff,<br><br>V.<br><br>FEDERAL BUREAU OF INVESTIGATION<br>and UNITED STATES DEPARTMENT OF<br>JUSTICE,<br>    Defendants. | Civil Action<br>No. 05-10542-MLW |

**MOTION TO DISMISS**

As more fully demonstrated in the accompanying Memorandum in Support, the defendants respectfully request that the Court dismiss the above-captioned matter pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The Court lacks subject matter jurisdiction in the matter as the complaint is frivolous and many of the claims are beyond the applicable statute of limitations.

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA
                                            By its attorney,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: June 1, 2005           <u>/S/ Christopher R. Donato</u>
                                            Christopher R. Donato
                                            Assistant U.S. Attorney
                                            U.S. Attorney's Office
                                            John Joseph Moakley Courthouse
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            (617) 748-3303

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the defendants' Motion to Dismiss was served by first class mail, postage prepaid, upon the *pro se* plaintiff at the following address:

Colleen Marie Hardacre
113 River Pointe Way, #6209
Lawrence, MA 01843


Dated: June 1, 2005        /S/ Christopher R. Donato
                                    Christopher R. Donato
                                    Assistant U.S. Attorney

**Rule 7.1(A)(2) Certification**

    I certify that on May 27, 2005, I spoke to the *pro se* plaintiff, Colleen Marie Hardacre, and attempted in good faith to resolve or narrow the issues in the attached motion.


Dated: June 1, 2005        /S/ Christopher R. Donato
                                    Christopher R. Donato
                                  Assistant U.S. Attorney