United States District Court
District of Massachusetts

Colleen Hardacre,
          Plaintiff

                                    Civil Action
                                    No. 05-10542 MLW

V.

Federal Bureau of
Investigation & U.S. Department
of Justice,
          Defendants

## Response to Motion to Dismiss

This response is being filed in response
to Defendants Motion to Dismiss as follows:

1

1. While the Plaintiff filed a rather rambling difficult to read, yet completely factually accurate complaint in 2004 that was dismissed, the plaintiff rewrote a condensed completely intelligent, accurate, easy to read with Simple Sentences demonstrating the wrong & criminal deductions, decisions & behavior & false assessments going on that anyone able to read could comprehend. Additionally, the Plaintiff attached the necessary permission as requested in the 2004 complaint to allow this 2005 completely true depiction of what the FBI is doing that is illegal to the Plaintiff.

*because of FBI abuse & interruption*

2. The Plaintiff did not file a complaint sooner against the FBI because the FBI obstructed about 1000 phone calls & attempts to confront them, including a 1000 attorney bill because they "weren't ready". They are still "not ready" because they are operating on false accusations which will be proven with severe fact to be false, so they <u>always</u> need more time. *attorneys*

2

The Plaintiff has tried to confront the FBI since 1996, as outlined in my 2004 Motion for appointment of attorney.

3. The Plaintiff spoke to the US attorney & was told the "FBI says they not Surveilling or provoking you & have no Case Number associated with you". The FBI is lying to infinity & has to because everything I complain they are doing, they are and it is illegal & not solving an actual crime of mine.

4. The Plaintiff asked the US Attorney, Mr Donato, if he is aware of the FBI's tape provoking tactics at all & what they do to coerce tape & violate a citizen & he replied "he has no idea what the FBI does." Yet he is representing them & the FBI is watching this go on & allowing it. It seems that in the U.S. a government official representing them should be completely informed as to what they are defending & representing—

3

5. The FBI is a giant freakshow clown circus of power, money + control + get away with wrong daily. They use these tactics + then hide + not allow you access to them so it sounds like its impossible, while it is completely, sadly true that they engage in this extreme unwarranted not appropriate means of abuse + false deduction. As expected, the FBI is denying their presence because everything they are doing is illegal.

6. The FBI can lie + stalk + get away with this wrong for now, but I ensure the court + them that these documents, especially my easy to read 100% true complaint in 2005 will be presented to the FBI when they stop hiding + they will be eventually facing all of my true accusations + wrongs + compensating me. I will continue to document everything they do to me until they "appear".

4

7. In response to this Motion my comments
are as follows.

With regard to postal, pine trucks, melleija,
etc. the FBI was implying I was
involved in postal crime. I was not.
This was illegal. They operate on themes &
this was one of them.

With regard to discovery harassment, the
FBI has tape about this 8 years ago &
illegally continues to harass regarding
this to date. This is illegal & excessive.

With regard to tugging & adrenaline
comments it is very simple. Now
follow along. The FBI uses noise &
fight & fear trains & makes you
ignore the fear wards to coerce tape.
Each of these, noise, fight & fear
at presentment cause a fight — adrenaline
(or nervous)
response. This response creates
abnormal adrenaline about 500-5000
x a day. After 4 years, yours
pelvis muscles (because they are
smooth & skeletal) become contracted
see Exhibit A

5

Mine were contracted by the FBI's tactics by 1999. The FBI continued to use tactic to this date & has my pelvis in complete contraction. See Exhibit B My latest 12/2004 Emg demonstrating no difference between rest (which is normal) + squeezing. This is from relentless FBI provoke. Only the chemical produced at provoke has done this. The FBI has spent 5.5 more years contracting me on purpose to painstake to blame me for producing adrenaline during their tactic — during which their light, noise + fear is purposely being used on me for the sole purpose of inducing adrenaline. Their tactic consists of relentless noise + fright — which Constricts & is then ignored by them as inducing chemical, & fear which is really only ignoring that which they trained you to fear. A tug is a complete contraction of all pelvic muscles from adrenaline + is cumulative + damaging to muscle tone, cells, function + is painful. They have done this

about 11 million more times after crushing my pelvis at 8 million. (2 million per year since 1995-6). They spent 6 years & are planning another year contracting me until what really provoke response chemical & generate to blame me for their making me produce adrenaline. My health is endangered & My pelvis has already torn 4 times This is why I want them to stop. Nothing & no one seems to be able to, not even federal court, which apparently they can control as everything. No citizen should be subjected to this. make them stop.

8. So far, the FBI has assessed the following, but this was true.

| FBI | Truth |
|---|---|
| discovery = pedophile/partylife | discovery over in adolescence never occured again |
| postal criminal | I got stamps & was already surveilled & could not have been involved in crime |
| She's crazy/drugs. | drug overdose! year in 1983 with sensory nerve damage due |

FBI

Truth
neure damage the
FBI forgot to tell me
about until 2003 but
implied I was nuts for
sensory nerve complaints

I'm contracted
b/c I'm evil at
their provate + its
not adrenaline
changing - per
treatment + implication

Their tactic fright,
noise + fear training
forced me to
secrete adrenalin
on cue, destroyed
my pelvis + they're
trying to blame me +
anyone besides
their provate. They
know its adrenaline but
dont live it.

9 These are simple statements + truths
about what the FBI has done
that is illegal + wrong + has harmed
me. They should not be allowed
anymore time + harm my body or
not answer to my accusations.

8

10 The FBI has crushed my pelvic muscles with provoke adrenaline. Adrenaline contracts these muscles. See Exhibit

11 As part of the tactic that the FBI's attorney does not know about is work, store, life + everywhere infiltration, that is what surveillance means.

12 It is quite coincidental that my grandmother made a comment to me "You tuck me in tonight" -which in FBI world would be a cue of molestation, and 8 hours later she was on the floor with a (millions of times) stroke. I watched the FBI cue noise + fight + break machines, turn off utilities, break cable, etc, + time it at the world child or anything you can relate to their theme. Discovery was their theme. This is their tactic, their attorney does not know about. I watched this tactic take place timed at hundreds of things per day. I am not saying they for sure did something. I think it is

9

get another coincidence used that my exboyfriend, his family, his other girlfriends, & others I know look-alikes with a hint of a similar feature, etc are on TV, usually saying words related to our relationship, coincidentally.

Coincidental. Just like their theme was that my pelvis (which they monitor, in some demented way) contracted 3 times + 1 time later on + 2 times at their provoker's motion to the left in 2001. This has been their deluded theme/excuse for 4.5 years now. Coincidentally, my father was "supposedly" on United 175 that crashed into the twin towers (2 to the left) with 3 planes crashing into buildings + 1 almost but averted. Their "case" since 2000 has been that they don't understand their flight + noise contract or their fear alarm, but they presume it died 5 times. Really I provoke/respond at their fear cue 1 million times per year + 1 million fights - with adrenalines. They operate on themes + their tactics involve direction, color, alphabet fear games, words, + numbers. Coincidentally, this is their theme.

13. Another coincidence is the FBI's harassing me re discovery and laughing at a peepee in childhood/adolescence. At 17 I babysat for Rocky, a baby + did nothing wrong. Then 1st day of senior year a rock flew out of a machine broke my hand. Coincidentally 6 months later my boyfriend + I babysat for Rocky (again doing nothing wrong) + just before we were supposed to be there his hand was

10

Coincidentally crushed in a conveyor belt, just before we went there, Coincidentally The FBI has been screwing around with my life forever.

14  The rambling sentences in my 2005 complaint are completely true + anyone could understand them + if not now, the FBI will be answering them when they stop hiding.

15  The FBI did not obstruct my sex drive, they crushed + contracted all of my bowel, bladder + vaginal muscles to tone, nerve, cell, lining + function damage + they wont stop., with provoke – their tactic. They harass every time phone sex, so I write it down as I cannot have intercourse anymore due to contraction everything. they don't care.

16  I would also have an attorney follow all procedural guidelines but the defendant, the FBI, will not let me.

17  Ripping my bladder, bowel + vaginal with adrenaline tactic response could Never be a frivolous complaint. Neither is stealing 10 years of an

11

adult life over false deductions, especially about the true science consequence of the FBI's reckless love of provoke, calling a non criminal a pedophile over discovery, a terrorist over getting a mouing kit + stamps, or crazy when they really have nerve damage.

18 My life should not be further obstructed by the FBI to force tape lying + substantiating a different theory other than the truth going on of blaming me for producing adrenaline at their fright, noise + that which they have forced me to perceive + react to as a fear alarm. The purpose of this is to spike adrenaline on cue. The FBI has forgotten this 11 million times now.

19 Producing adrenaline harming my body is not my guilt or crime, it others fault + consequence + they knew it.

12

That is why their "not there".

20 Every word in this complaint is completely true + factual.

21 The statute of limitations was exceeded because the FBI would not, as know, let me have access to the law + has never stopped blatently harrasing since 1995 + for many years before then. There are people, and an attorney told me this, they harass for life, & I am one of them.

22 Someone needs to stop the FBI before they cause a serious pelvic trauma or heart attack from adrenaline. My life is endangered by more tactic. They do not need anymore time, they use the same exact tactic - 1 million noise + fights + 1 million years, surging the exact same muscles per year. They are cumulatively contracted + have torn. Nothing they do is solving

13

a crime or changing this chemical from effecting the same muscles in the same way 10 million times & have felt + 8 million times putting this in place. They "arent there + arent ready" because they want tape forever about my reacting to substantiate a theory of how its not their fault + use of light, noise, timing or making the citizen (cause=the fear (10 million times), except that is all that is going on + they know it. They are devious, conniving, scheming, lying about their tactic's chemical consequence + breaking the law with their control + violation of my life. They are not solving a crime of mine. They dont want their probe tactics to be the issue + have harmed a citizen, except it did. Thats why they're still "not there + I am delusional".

The plaintiff respectfully requests that should this court dismiss this case that it is without prejudice so that when the FBI stops hiding & is finally

14

forced to allow) me to have an attorney, that my attorney is allowed to file a suit against them — that they have to acknowledge + observe + if what I am saying is untrue, feds should not fear. No citizen should have done to them what they did to me.

I cannot obviously prove the FBI is doing these things until they are "ready" and appear.

Respectfully submitted,

6-7-05

Colleen Hardacy, pro se
113 River Pointe Way
#6209
Lawrence, MA 01843
978-683-3755

15

# Certificate of Service

I certify that on this day a true copy of the plaintiff's Response to Motion to Dismiss was served by first class mail, postage prepaid, upon the defendants at the following address:

Michael J Sullivan, Esq.
Christopher R. Donato, Esq.
U.S. Attorney's office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: 6/7/05

Colleen M Hardan
Pro Se

113 RiverPointe Way
#6209
Lawrence, MA 01843
978-683-3755

Exhibit A

## ANXIETY-PANIC-STRESS
### THE ANXIETY RESPONSE



**"Our civilization is still in the middle stage: scarcely beast, in that it is no longer wholly guided by instinct; scarcely human, in that it is not yet wholly guided by reason."** . . . Theodore Dreiser, "Sister Carrie", 1900

**"Anxiety" is described in Merriam-Webster's Collegiate Dictionary as a "painful or apprehensive uneasiness of mind usually over an impending or anticipated ill, an abnormal and overwhelming sense of apprehension and fear often marked by physiological signs (as sweating, tension, and increased pulse), by doubt concerning the reality and nature of the threat, and by self-doubt about one's capacity to cope with it."**

**\* \* \***

Anxiety is a normal emotional and physical response occurring when we become overwhelmed by the fear that something will happen that we may not be able to handle or that someone or something is taking away our control. The anxiety response is built in for purposes of survival. If we didn't have it, we wouldn't be able to meet deadlines or get out of danger. It is a response to an alarm message that we have sent to the subconscious part of our brain. This is not the rational part of our brains, the part with which we think, plan, and intellectualize. It is the part we share with animals, the part that is instinctive and which automatically monitors and runs our bodies, ensuring our physical survival. (See Dr. H. Benson's "The Relaxation Response".)

If we are in a life-and-death situation, the anxiety response is essential in providing us with the physical and emotional capability to "fight" off a mugger or "flee" from a runaway truck -- hence the name "fight-flight response". If we are not really in a short-term crisis situation, however, and that alarm message is not turned off, the adrenalin which has been pumped into our blood streams to help us react in a quick and powerful way, begins to destructively stress us out both physically and emotionally. It is then that we are at risk for developing disorders that not only can affect our cardiological, gastrointestinal and musculoskeletal systems, but can also affect our emotional sense of well-being and our interpersonal dynamics and can result in our developing depression and/or one of the anxiety disorders discussed on this website.

# emergency theory

A theory of the emotions, advanced by W.B. Cannon, that animal and human organisms respond to emergency situations by increased sympathetic nervous system activity including an increased catecholamine production with associated increases in blood pressure, heart and respiratory rates, and skeletal muscle blood flow.

---

heart rate from On-line Medical Dictionary                                    Page 1 of 1

# heart rate

The number of beats per minute. Normal resting heart rates are variable with age, sex, size and overall cardiovascular condition. Heart rate can be determined by taking the pulse. Normal heart rate for an average sized adult is in the range of 60-85 beats/minute.

(27 Sep 1997)

---

**Previous:** heart murmur, heart murmurs, heart muscle, heartpea, heart position, heartquake
**Next:** heart rate, foetal, heartrending, heart-robbing, heart rupture

Published at the Dept. of Medical Oncology, University of Newcastle upon Tyne
© Copyright 1997-2003 - The CancerWEB Project. All Rights Reserved.

exact age or chronological limits in defining the adolescent period.

**adolescent** (ăd″ō-lĕs′ĕnt). 1. Pert. to adolescence. 2. Young man or woman not fully grown.

**adoral** (ăd-ō′răl) [L. *ad*, *to*, + *os*, mouth]. Toward or near the mouth.

**ADP.** *adenosine diphosphate*.

**adrenal** (ăd-rē′năl) [L. *ad*, to, + *ren*, kidney]. Originally used to indicate nearness to the kidney. Now used in reference to the adrenal gland or its secretions.

**adrenal crisis.** Acute adrenocortical insufficiency. CAUTION: Death due to circulatory collapse will result unless the condition is treated promptly and vigorously by instituting corticosteroid therapy. The cause may be a hemorrhage into the adrenal cortex as a result of infection or it may occur at birth, resulting from trauma. In the adult, headache, lassitude, confusion, restlessness, vomiting, and shock progressing to death occur if the cortex is destroyed. Relative adrenal insufficiency can occur in patients for two to three months after discontinuation of adrenocortical hormone therapy. Sudden stress, such as surgery or trauma, can produce a subacute form of adrenal crisis in these patients. SEE: *Addison's disease, Waterhouse-Friderichsen syndrome.*

**adrenalectomy** (ăd-rē″năl-ĕk′tō-mē) [L. *ad*, to, + *ren*, kidney, + Gr. *ektome*, excision]. Excision of an adrenal gland.

**adrenal gland.** A triangular-shaped body covering the superior surface of each kidney. It is a gland of internal secretion. SYN: *suprarenal gland.* SEE: illus.

EMBRYOLOGY: The adrenal gland is essentially a double organ composed of an outer cortex and an inner medulla. The cortex arises in the embryo from a region of the mesoderm that also gives rise to the gonads, or sex organs. The medulla arises from ectoderm, which also gives rise to the sympathetic nervous system.

ANAT: The entire gland is enclosed in a tough connective tissue capsule from which trabeculae extend into the cortex. The cortex consists of cells arranged into three zones: the outer zona glomerulosa, the middle zona fasciculata, and the inner zona reticularis. The cells are arranged in a cordlike fashion. The medulla consists of chromaffin cells arranged in groups or anastomosing cords. The two adrenal glands are situated retroperitoneally, each embedded in perirenal fat above its respective kidney. In the adult, the average weight is 5 gm., and the range is 4 to 14 gm. The gland usually is heavier in males than in females.

PHYS: The adrenal medulla synthesizes and stores three catecholamines: dopamine,



ADRENAL GLAND — KIDNEY — ADRENAL GLANDS — ADRENAL GLAND — RENAL ARTERY — RIGHT KIDNEY — URETER — INFERIOR VENA CAVA — AORTA

norepinephrine, and epinephrine. Dopamine's chief effects are dilation of systemic arteries, increased cardiac output, and increased flow of blood to the kidneys. The primary action of norepinephrine is to constrict the arterioles and venules with resulting increased resistance to blood flow, elevated blood pressure, and slowing of the heart. Epinephrine constricts vessels in the skin and splanchnic area, dilates vessels in skeletal muscle, increases heart activity, dilates the bronchi by relaxing bronchial musculature, increases level of glucose in the blood by stimulating the production of glucose from glycogen in the liver, increases the amount of fatty acid in the blood, and diminishes activity of the gastrointestinal system. The three catecholamines are also produced in other parts of the body.

The adrenal medulla is under the control of the sympathetic nervous system and functions in conjunction with it. It is intimately related to adjustments of the body in response to emotional states. Anticipatory states tend to bring about the release of norepinephrine. More intense emotional reactions, esp. those in response to extreme stress, tend to increase the secretion of both norepinephrine and epinephrine; epinephrine is important in mobilizing the physiological changes that occur in the "fight or flight"

response to emergency situations.

The cortex secretes a group of hormones that vary in quantity and quality. They are all synthesized from cholesterol and contain the basic steroid nucleus perhydrocyclopentanophenanthrene. These compounds are grouped according to their chemical structure and biological activity as follows: *glucocorticoids* (cortisol, corticosterone), which act principally on carbohydrate metabolism; *mineralocorticoids* (aldosterone, dehydroepiandrosterone), which affect metabolism of the electrolytes sodium and potassium; *androgens* (17-ketosteroids), *estrogens* (estradiol), and *progestins* (progesterone), all three of which are important in the physiology of reproduction. There is considerable overlap in the biological activity of many of these compounds. SEE: *steroid.*

Almost all body systems are influenced by the action of adrenocortical hormones. Cortisol and cortisone are important in carbohydrate, water, muscle, bone, central nervous system, gastrointestinal, cardiovascular, and hematological metabolism. They are also important anti-inflammatory agents. The principal long-term effect of cortisone and cortisol is catabolic.

The 17-ketosteroids act principally as androgenic and anabolic agents. Aldosterone's principal action is to control sodium and potassium levels in the blood.

PATH: In the medulla, increased secretion of catecholamines occurs when a pheochromocytoma develops. In this condition, the patient develops hypertension, excessive sweating, paroxysmal attacks of blanching or flushing of the skin, tachycardia, headache, anorexia, weight loss, personality changes, signs of increased metabolism, constipation, and postural hypotension. Diagnosis may be confirmed by determining the level of catecholamines or their metabolic end-products in the urine. SEE: *pheochromocytoma.*

In the cortex, when excess secretion of cortical hormones occurs, one of a variety of syndromes may result, depending upon which hormones or group of hormones are increased. If cortisol is increased, the signs of Cushing's syndrome result: obesity with striae and redistribution of fat to produce a "buffalo hump" and "moon face," muscle wasting, osteoporosis, decreased glucose tolerance, atherosclerosis, and systolic hypertension. If the androgens are increased, male sex characteristics are accentuated in the female with voice change, hirsutism, clitoral enlargement, and pronounced muscular development. Baldness and acne will develop in either sex with this condition. It is termed adrenogenital syndrome, q.v.

---

*[handwritten]* Provoked 2 million times per year. Developed after 4 years, now 9.

*[handwritten]* b

# adrenal gland

The two adrenal glands are situated next to the kidneys and their main function is to release body regulating chemicals in response to nerve signals generated by the autonomic nervous system (ANS). The Autonomic nervous system regulates automatic bodily functions such as heart beat, automatic breathing, dilation of blood vessels in response to heat and many other functions that we are seldom aware of. The adrenal glands are "plugged into" a sub-division of the ANS called the sympathetic nervous system.

The adrenal glands are organised into an inner medulla and an outer cortex.

The medullae are richly innervated with sympathetic nerve fibres and release regulatory biochemicals in response to sympathetic nervous signals such as emotional excitement, fear, apprehension, psychic distress, panic reactions, sexual activity and fight-or-flight stimuli. These biochemicals are called catecholamines and include epinephrine (adrenaline) and norepinephrine and they prepare many parts of the body for the appropriate responses to such signals.

The cortexes release a class of biochemicals called steroid hormones, in particular glucocorticoids and mineralocorticoids among others. Glucocorticoids play a very important regulatory function and there are few cells in the entire body that do not have glucocortico-receptors. With respect to the immune system, glucocorticoids act as anti-inflammatory and immunosuppressive agents and are widely used in autoimmune diseases including multiple sclerosis.

A hormone reponsible for regulating natural bodily glucocorticoids, adrenocorticotropic hormone (ACTH) used to be used to control MS relapses. Its use has now largely been replaced by synthetic ~~~~ ~~~~ ~~~~ as Methylprednisolone.

Adrenal Gland: Introduction and Index

Page 1 of 1

Endocrine Index                                    Glossary

 # The Adrenal Gland: Introduction and Index

When you think about the adrenal glands, you should think about stress. Stress can take many forms: taking an examination, recovering from a broken bone, running away from an invading army, or maintaining proper levels of energy substrates in the face of even mild starvation. For human males, there is even considerable stress associated with shopping.

The adrenal produces three major classes of hormones, each of which aid in dealing with the multitude of small and large stresses faced by animals and people almost daily. There is no doubt that at least two of these groups - glucocorticoids and mineralocorticoids - are necessary for life.

Ch. 280    Autonomic Drugs—*Physiology of the Autonomic Nervous System*   2347

TABLE 280–1. RESPONSES OF EFFECTOR ORGANS TO AUTONOMIC NERVE IMPULSES

| Effector Organs | Adrenergic Impulses | | Cholinergic Impulses |
| | Receptor Type | Responses* | Responses* |
| --- | --- | --- | --- |
| **Eye** | | | |
| Radial muscle, iris | α | Contraction (mydriasis) + + | ——— |
| Sphincter muscle, iris | | ——— | Contraction (miosis) + + + |
| Ciliary muscle | β | Relaxation for far vision + | Contraction for near vision + + + |
| **Heart** | | | |
| S-A node | $\beta_1$ | Increase in heart rate + + | Decrease in heart rate; vagal arrest + + + |
| Atria | $\beta_1$ | Increase in contractility and conduction velocity + + | Decrease in contractility, and (usually) increase in conduction velocity + + |
| A-V node | $\beta_1$ | Increase in automaticity and conduction velocity + + | Decrease in conduction velocity; A-V block + + + |
| His-Purkinje system | $\beta_1$ | Increase in automaticity and conduction velocity + + + | Little effect |
| Ventricles | $\beta_1$ | Increase in contractility, conduction velocity, automaticity, and rate of idioventricular pacemakers + + + | Slight decrease in contractility claimed by some |
| **Arterioles** | | | |
| Coronary | $\alpha, \beta_2$ | Constriction +; dilatation ‡ + + | Dilatation ± |
| Skin and mucosa | α | Constriction + + + | Dilatation ‡ |
| Skeletal muscle | $\alpha, \beta_2$ | Constriction + +; dilatation ‡§ + + | Dilatation ** + |
| Cerebral | α | Constriction (slight) | Dilatation ‡ |
| Pulmonary | $\alpha, \beta_2$ | Constriction +; dilatation ‡ | Dilatation ‡ |
| Abdominal viscera; renal | $\alpha, \beta_2$ | Constriction + + +; dilatation § + | ——— |
| Salivary glands | α | Constriction + + + | Dilatation + + |
| Veins (systemic) | $\alpha, \beta_2$ | Constriction + +; dilatation + + | ——— |
| **Lung** | | | |
| Bronchial muscle | $\beta_2$ | Relaxation + | Contraction + + |
| Bronchial glands | ? | Inhibition (?) | Stimulation + + + |
| **Stomach** | | | |
| Motility and tone | $\alpha_2, \beta_2$ | Decrease (usually) †† + | Increase + + + |
| Sphincters | α | Contraction (usually) + | Relaxation (usually) + |
| Secretion | | Inhibition (?) | Stimulation + + + |
| **Intestine** | | | |
| Motility and tone | $\alpha_2, \beta_2$ | Decrease †† + | Increase + + + |
| Sphincters | α | Contraction (usually) + | Relaxation (usually) + |
| Secretion | | Inhibition (?) | Stimulation + + |
| **Gallbladder and ducts** | | Relaxation + | Contraction + |
| **Kidney** | $\beta_2$ | Renin secretion + + | ——— |
| **Urinary bladder** | | | |
| Detrusor | β | Relaxation (usually) + | Contraction + + + |
| Trigone and sphincter | α | Contraction + + | Relaxation + + |

*(Continued)*

2348   Autonomic Drugs—*Physiology of the Autonomic Nervous System*

## TABLE 280-1. RESPONSES OF EFFECTOR ORGANS TO AUTONOMIC NERVE IMPULSES (Cont'd)

| Effector Organs | Adrenergic Impulses | | Cholinergic Impulses |
|---|---|---|---|
| | Receptor Type | Responses* | Responses* |
| **Ureter** | | | |
| Motility and tone | α | Increase (usually) | Increase (?) |
| **Uterus** | α,β₂ | Pregnant, contraction (α); nonpregnant: relaxation (β) | Variables §§ |
| **Sex organs, male** | α | Ejaculation + + + | Erection + + + |
| **Skin** | | | |
| Pilomotor muscles | α | Contraction + + | —— |
| Sweat glands | α | Localized secretion *** + | Generalized secretion + + + |
| **Spleen capsule** | α,β₂ | Contraction + + +; relaxation + | —— |
| **Adrenal medulla** | | —— | Secretion of epinephrine and norepinephrine |
| **Liver** | α,β₂ | Glycogenolysis, gluconeogenesis ††† | Glycogen synthesis + |
| **Pancreas** | | | |
| Acini | α | Decreased secretion + | Secretion + + |
| Islets (β cells) | α | Decreased secretion + + + | —— |
| | β₂ | Increased secretion + | —— |
| **Fat cells** | α,β₁ | Lipolysis ††† + + + | —— |
| **Salivary glands** | α | Potassium and water secretion + | Potassium and water secretion + + + |
| | β | Amylase secretion + | |
| **Lacrimal glands** | | —— | Secretion + + + |
| **Nasopharyngeal glands** | | —— | Secretion + + |
| **Pineal gland** | β | Melatonin synthesis | —— |

* Responses are designated 1 + to 3 + to provide an approximate indication of the importance of adrenergic and cholinergic nerve activity in the control of the various organs and functions listed.

† Dilatation predominates *in situ* due to metabolic autoregulatory phenomena.

‡ Cholinergic vasodilatation at these sites is of questionable physiological significance.

§ Over the usual concentration range of physiologically released, circulating epinephrine, β-receptor response (vasodilatation) predominates in blood vessels of skeletal muscle and liver; α-receptor response (vasoconstriction), in blood vessels of other abdominal viscera. The renal and mesenteric vessels also contain specific dopaminergic receptors, activation of which causes dilatation, but their physiological significance has not been established (*see* review by Goldberg *et al.*, 1978).

** Sympathetic cholinergic system causes vasodilatation in skeletal muscle, but this is not involved in most physiological responses.

†† It has been proposed that adrenergic fibers terminate at inhibitory β receptors on smooth muscle fibers, and at inhibitory α receptors on parasympathetic cholinergic (excitatory) ganglion cells of Auerbach's plexus.

§§ Depends on stage of menstrual cycle, amount of circulating estrogen and progesterone, and other factors.

*** Palms of hands and some other sites ("adrenergic sweating").

††† There is significant variation among species in the type of receptor that mediates certain metabolic responses.

Adapted from "Drugs Acting at Synaptic and Neuroeffector Junctional Sites," pp. 60, 61, in GOODMAN AND GILMAN'S THE PHARMACOLOGICAL BASIS OF THERAPEUTICS, ed. 6, 1980, edited by A. G. Gilman, L. S. Goodman, and A. Gilman. Copyright © 1980 by Macmillan Publishing Co., Inc. Used with permission.

Exhibit B

## CLINICAL NEUROPHYSIOLOGY LABORATORY
## PERINEAL EMG

Acct.# ~~00 68800~~

MR# ~~00000~~

**Name:** Collen Hardacre

**Date:** (12/6/60) DOB
12/13/04

2nd Emo
Showing
no difference
between
rest + squeezed
(contracted)
Much worse than 2001

**Anal Wink**
L-(present, absent)
R-(present absent)

**Perineal Sensation**
L- intact
R- intact

**Digital Exam:**

| | Quadrants | | | |
|---|---|---|---|---|
| | L. Anterior | L. Posterior | R. Anterior | R. Posterior |
| At Rest | NL | ↓ | NL | NL |
| Volitional Contraction | ↑ tone | No Δ | No Δ | No Δ |
| Reflexive Contraction (cough) | ↑ tone | No Δ | ↑ tone | No Δ |
| With Pushing (as to defecate) | No Δ | No Δ | No Δ | No Δ |

**EMG:**

| | Quadrants | | | |
|---|---|---|---|---|
| | L. Anterior | L. Posterior | R. Anterior | R. Posterior |
| At Rest | < ½ NL pattern ⊕ Polys (acute) | - rare Psws/Fib ⊕ Poly - scant pattern | ⊕ Psw ½/Fib ⊕ Polys - scant | - rare Psw/Fib ⊕ Polys NL interference pattern |
| Volitional Contraction | ↑ to ½ full | ↑ to ¾ | ↑ to ¼ | ↑ to 50% of full |
| Reflexive Contraction (cough) | ↑ to 3/4 | ↑ to 3/4 | ↑ to ½ | ↑ to 50% of full |
| With Pushing (as to defecate) | No Δ from resting | ↑ to ¼ | No Δ from rest | No Δ from rest |

| Patient: | Hardacre,Collen | 12/13/04 |
| I.D.#: | 338 | |

## **Impression**

This is an abnormal neurophysiological study. The patient has evidence of:

1) Peripheral paralysis of the anal sphincter with both acute and chronic changes. Such findings can be consistent with both urinary and fecal lower motor neuron incontinence/complaints.

2) Mild, central paralysis of the anal sphincter affecting the anterior quadrants only, implying an UMN problem. Clinical correlaton and cervical and thoracic neuroimiaging is therefore here recommended.


Patrick J. Madden, M.D.

# BOSTON NEUROLOGICAL P.C.
## PATRICK J. MADDEN, M.D.
## BOARD CERTIFIED NEUROLOGIST

792 Southern Artery
Quincy, MA 02169

New England Baptist Hospital
125 Parker Hill Avenue
Boston, MA 02120

Telephone: 617-786-9330
Fax: 617-786-1591

## FOLLOW-UP OFFICE VISIT

Name: _Coileen M. Hardacre_    Date of Birth: _12/6/60_
_11/16/04_                      Time: _@ 9:00 AM_
Care Physician: _Dr. Kaneff (Lahey)_
Sensitivity: _Penicillin / Ditropan / IVP-dye / CT-dye_
Medications: _none_

She was 330  (- Lost 100#)  (Last seen 5/20/03)
Current Status:
stress - On disability now because so upset. Feels FBI sending her
"fear" words. Pt notes the pelvic spasm is much worse.
Last week she felt a pull which was like a tear
she saw urinated blood. She went to the ER which was
did as a bladder infection. She was given an antibiotic
which helped. The feels "they" perfora provoke
her causing adrenaline to release which cause her
spasm to get worse.
She does not feel "down there". urine + stool affected
Sleep: Better. No problem getting / staying asleep, lately.

## Neurological Exam:
- A&A, mildly dysphonic, O x I, nl language
- atrophic midline T-L - paraspinal muscles; nl LE power / tone
- mildly tight / tender upper - paravertebral muscles; tender MRG collike
- ⊕ Romberg (ging; nl reg low gait (? mildly antalgic)
- unremarkable examination otherwise

## Diagnosis:
1. Known Neurogenic (LMN) Bladder / Bowel
2. ? Central (UMN) Bladder +/or Bowel)
3. ↓ Sleep - better

## Plan:
→ Valium 25mg po, prn muscle spasm → draw labs (Glycitth / CPP / homocysteine);
→ T-Spine-MRI (c pads) → anal sphincter EMG

Signature: _Madden_    Time: _@ 9:50 PM_
Patrick J. Madden, M.D.

QUINCY MEDICAL CENTER
114 WHITWELL S  .ET ** QUINCY, MASSACHUSETTS 02169
EMG DEPARTMENT
EMG/NERVE CONDUCTION REPORT

PATIENT'S NAME: HARDACRE,COLLEEN
ACCOUNT NUMBER: F17856782
ORDERING PHYSICIAN:
DICTATING PHYSICIAN: MADDEN,PATRICK

DATE DICTATED: 04/04/01
UNIT NUMBER: M0407342
AGE: 40    SEX: F
ORDER DATE:

*handwritten: 1 St EMG. Showing Contracted tone 2001*

*** HISTORY ***

The patient is seen by me in neurological consultation for low back pain.  The patient
reported a history of urinary urgency and frequency as well as fecal urgency and
frequency and occasional urinary incontinence.

The patient is having a perineal EMG to assess for possible neurogenic cause to her
problems.

On digital examination, the patient had normal sensation appreciated bilaterally.
The patient had absent anal wink reflexes bilaterally.  At rest, the right posterior
quadrant of the anal sphincter appears to have normal tone.  Otherwise the other three
quadrants of the anal sphincter appear to be lax.  With both volitional contraction of
the anal sphincter as well as with reflexive contraction of the anal sphincter (i.e, as
seen with coughing), no change from the resting tone is appreciated for the left
anterior, left posterior and right anterior quadrants.  A slight increase in tone is
appreciated for the right posterior quadrant with both volitional contraction and
reflexive contraction of the anal sphincter.  With pushing (as to defecate) no change
from the resting tone is appreciated for all four quadrants.

*** SUMMARY ***

Perineal EMG recording was performed by using monopolar needle EMG inserted into the
four quadrants of anal sphincter.  At rest, there is the normal resting sustained
firing of motor units seen for only the left anterior quadrants.  However, acute
denervation changes were seen including positive sharp waves for the left anterior
quadrant.  Polyphasic units were also seen.  With needle insertion of the left and
right posterior quadrants, half of the normal resting sustained firing motor units is
seen.  Polyphasia is also seen, but no acute denervation changes are appreciated.
Polypphasia is also seen with sampling of the right anterior quadrant.  There is only
1/4 of the normal resting sustained firing motor units seen for the right anterior
quadrant.  With volitional contraction of the anal sphincter a full interference
pattern is appreciated for only the right posterior quadrant.  For the other three
quadrants of the anal sphincter, 3/4th's of a full interference pattern is appreciated
with volitional contraction. Reflexive contraction at the anal sphincter (as seen with
coughing) gives results for all four quadrants identical to that seen with volitional
contraction.  With pushing, as to defecate, no change from the resting sustained firing
of motor units are seen for the left anterior quadrant, right anterior quadrant and the
right posterior quadrant.  An inappropriate increase in the interference pattern is
appreciated with sampling of the left posterior quadrant of the anal sphincter to
3/4th's of a full interference pattern.

*** IMPRESSION ***

This is an abnormal neurophysiological study of the perineal region.  The above
findings are consistent with:

1. A peripheral paralysis of the anal sphincter with acute denervation changes seen

Run: 04/25/01-1106 by BRADSHAW,CYNTHIA

only with sampling of the left an' ior quadrant, but with chronic dener 'ions seen in all four quadrants. With attempt . defecation, three is an increase in .tivity seen for the left posterior quadrants which implies an inappropriate paradoxical recruitment of motor units representing aberrant regeneration.

There is no evidence of a central paralysis of the anal sphincter here, given the fact that there should be a relative decrease and voluntary discharges seen with relative preservation of reflexive activation. Clinical correlation is therefore recommended here.

âéééâééééâééééâééééâééééâééééâééééâééééâééééâééééê
âéééâééééâééééâééééâééééâééééâééééâééééâééééâééééâééééê  **PATRICK MADDEN**    ééM.D.

04/04/01 1023
BARILLARO,EILEEN
HARDACRE,COLLEEN                                                    0405-0001
M0407342

Run: 04/25/01-1106 by BRADSHAW,CYNTHIA

```
================================== OP NOTE ==================================
     LC# :   000002266723                    PRINTED ON :  05/22/05  1046
                                                    BY :  MRKXB00   SU53
```

20030331HARDACRE,COLLEEN
```
    ** NOTE: THE FINAL SIGNED COPY OF THIS DOCUMENT IS FILED IN THE      **
    **       PATIENT MEDICAL RECORD AND MAY VARY FROM  THIS COPY         **
```

         LAHEY CLINIC MEDICAL CENTER - Burlington, MA.
         GYN

NAME:        HARDACRE,COLLEEN
DATE:        03/31/2003
LCMC NO.:    2266723

NAME: HARDACRE, COLLEEN
LC#: 2266723
ADMISSION DATE: 03/31/03
DISCHARGE DATE:    /  /

SURGEON: Alison B. Dick, MD
ASSISTANT:

PREOPERATIVE DIAGNOSIS: ADENOMATOUS HYPERPLASIA.

POSTOPERATIVE DIAGNOSIS: ADENOMATOUS HYPERPLASIA, PENDING
PATHOLOGY.

NAME OF PROCEDURE: HYSTEROSCOPY; DILATATION AND CURETTAGE.

ANESTHESIA: Spinal, then general.

INDICATIONS: This 42-year-old multiparous woman with long
period of irregular bleeding underwent office endometrial
biopsy at another institution that revealed adenomatous
hyperplasia with a question of atypia. Therefore, hysteroscopy
with D&C was advised.

OPERATIVE FINDINGS: Enlarged, anteverted uterus with moderate
amount of tissue in the endometrial cavity. No obvious polyps.
No submucous fibroids.

DESCRIPTION OF PROCEDURE: The patient was brought to the
operating room and a spinal anesthetic administered. She was
placed in dorsal lithotomy position and prepped and draped in
the usual fashion for D&C.

Examination under anesthesia revealed an anteverted, enlarged
uterus and nonpalpable adnexa. A bivalved speculum was placed
in the vagina and the anterior lip of the cervix grasped with
a single-tooth tenaculum. The cervical os was dilated to #18
Pratt dilator. The patient began to experience some cramping
during the dilatation procedure. The uterus was then sounded
to 12 cm. At this point, it was clear that the patient was
uncomfortable with entry into the uterus. An LMA was given for
general anesthesia.

=============================== OP NOTE ==================================
    LC# :   000002266723                      PRINTED ON : 05/22/05  1046
                                                      BY : MRKXB00    SU53


The hysteroscope was placed in the cervical canal and, with
lactated Ringer's installation, advanced to the fundus. The
tubal ostium on the right was clearly seen. The tubal ostium
on the left was seen with some difficulty due to the amount of
endometrial tissue. No obvious polyps and no submucous
fibroids were appreciated. The hysteroscope was removed.

The cervical os was dilated to a #22 Pratt dilator. Sharp
curettage of the uterine cavity revealed a moderate amount of
curettings. There were no irregularities of the uterine cavity
consistent with fibroid.

The tenaculum was removed from the cervix and the speculum
removed from the vagina. The patient tolerated the procedure
well with minimal blood loss and fluid deficit of 50 cc. She
was brought to the recovery room in stable condition.


                    Alison B. Dick, MD

DOD: 3/31/2003 MW712/3135712/4315233
DOT: 3/31/2003 1743


============================ END OF DOCUMENT ==============================

```
================================= CHART NOTE =================================
        LC# :   000002266723                    PRINTED ON :  05/22/05  1046
                                                        BY :  MRKXB00   SU53
```

20050303HARDACRE,COLLEEN

        LAHEY CLINIC MEDICAL CENTER - Burlington, MA.
        GYN

NAME:        HARDACRE,COLLEEN
DATE:        03/03/2005
LCMC NO.:    2266723

GYNECOLOGY

HARDACRE, COLLEEN 03/03/2005 LC#   2266723
DOB:   12/06/1960

Ms. Hardacre is a 44-year-old G2 SAB 1 TAB one white female who comes for
annual examination, Pap smear and discussion of spasm in the pelvic
muscles. The patient states that she feels spasm and pulling sensation in
the bladder, vaginal and rectal area. An EMG was done recently and spasm
was confirmed by her neurologist who prescribed Valium to be used p.r.n. —Sex
The patient states she has been unable to have coitus for three years, but   not
later in the interview admits to coitus in the past two weeks. Her periods   ntec
are normal once a month with a normal flow. She denies heavy flow, cramps   course
or intermenstrual bleeding. She was treated for urinary tract infection — tapeing
recently, but has no bladder symptoms. She states that it is difficult to
move her bowels because of spasm in the rectal area.

PAST OB/GYN HISTORY: Dilatation and curettage by Dr. Alison Dick March 2003
when simple hyperplasia was diagnosed. She was treated with Prometrium but
stopped this medication due to fluid retention.

PAST MEDICAL HISTORY: Positive for morbid obesity, sleep apnea, atypical
chest pain and schizoaffective disorder. (not) FbF is doing those things

CURRENT MEDICATIONS: None.

ALLERGIES: Cipro, penicillin, contrast dye.

DATA: Last Pap smear was July 2004 but was inadequate due to lack of
cellularity.

PHYSICAL EXAMINATION: Physical exam today shows an anxious overweight white
female with fast speech. Height is 5 feet 6 inches. Weight is 261 pounds.—Feeds
Blood pressure 130/80. Abdomen is soft and nontender without masses.   Add
External genital exam appears normal. Speculum exam shows a normal vaginal   30 pounds
mucosa without lesions, bleeding or discharge. Cervix is nulliparous and
normal in appearance without lesions. A Pap smear is obtained there is some
friability of the cervix after the Pap. Bimanual examination reveals no
abnormalities in the Bartholin's, urethral and Skene's glands. The urethra
and bladder are nontender there is marked spasm in the levator muscles
which are slightly tender to touch. The cervix is well supported and
nontender. Uterus and adnexa are not well palpated due to the patient's
obesity, but there is no tenderness or mass noted. Rectal exam confirms

```
============================= CHART NOTE ==============================
     LC# :   000002266723                 PRINTED ON :  05/22/05   1046
                                                  BY :  MRKXB00    SU53
```

high tone, no lesions and no pelvic masses.

ASSESSMENT:

1. 44-year-old para zero white female with regular menses, and complaints
of vaginismus and dyspareunia.

2. Past history of simple hyperplasia treated with Prometrium.

PLAN: Pap smear was obtained today. The patient will be notified of these
results. She was advised to return if her menstrual pattern became abnormal
so that a further evaluation could be initiated. Regarding the discomfort
with intercourse she was advised to use condoms and lubrication and to
engage in foreplay designed to relax the spasm in the vaginal area if she
wants to become sexually active. The patient will return on an as needed
basis or for regular checkups.

 Mary H. Briggs, MD
 781-744-8564

MHB:kvm
D:  03/03/2005 11:22:08
T:  03/06/2005 22:33:31
J:  4648990

CC:
Matthew S Kanef, MD, <Primary Care Physician>

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Mary H. Briggs, MD ON
03/07/2005 14:50:41

```
============================= END OF DOCUMENT ==============================
```

```
============================== PHONE NOTE ==============================
    LC# :   000002266723                PRINTED ON :  05/22/05  1045
                                        BY :  MRKXB00   SU53
```

20050321HARDACRE,COLLEEN

          LAHEY CLINIC BURLINGTON
          GYN

NAME:      HARDACRE,COLLEEN
DATE:      03/21/2005
LCMC NO.:  2266723

TELEPHONE MEMORANDUM
GYNECOLOGY

HARDACRE, COLLEEN  03/21/2005      LC# 2266723
DOB:   12/06/1960
Visit ID: PC2266723

I spoke with this patient by telephone today to discuss her Pap smear
results.  Pap smear obtained 3/3/05 was read as satisfactory, but with
obscuring blood.  It was described as a menstrual sample with atypical
glandular cells present.  The report did not specify the source of the
glandular cells.  High risk HPV testing is negative.  I explained to the
patient that further testing is necessary at this point, and she may have a
recurrence of hyperplasia that was diagnosed two years ago by D&C.  The
patient was treated with Prometrium at that time, but stopped due to fluid
retention.  The patient was anxious about having office procedures that
might be uncomfortable.  I recommended that she take a Valium and several
Advil prior to her next appointment, and further advised her that I could
use a local anesthetic at her next visit, during which I plan to do
endocervical curettage and endometrial biopsy.  She expressed understanding
and agreement and will call the appointment office to schedule a follow up
visit.

Mary H. Briggs, MD
781-744-8564

MHB:kat
D:  03/21/2005 17:17:16
T:  03/24/2005 16:07:07
J:  4688307

CC:

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Mary H. Briggs, MD ON
03/28/2005 09:19:30

============================= END OF DOCUMENT =============================

```
================================= CHART NOTE ==================================
     LC# :   000002266723                      PRINTED ON :  05/22/05  1045
                                                       BY :  MRKXB00   SU53
```

20050428HARDACRE,COLLEEN

> LAHEY CLINIC MEDICAL CENTER - Burlington, MA.
> GYN

NAME:       HARDACRE,COLLEEN
DATE:       04/28/2005
LCMC NO.:   2266723

GYNECOLOGY

HARDACRE, COLLEEN 04/28/2005 LC#   2266723
DOB:   12/06/1960
Visit ID : 15318887

HISTORY OF PRESENT ILLNESS: Ms. Hardacre is a 44-year-old para 0 white
female who presents for evaluation of abnormal Pap smear. In March 2005 Pap
smear was obtained at the end of the patient's period and showed atypical
glandular cells with negative high-risk HPV testing. The patient does have
a history of hyperplasia that was diagnosed two years ago by dilatation and
curettage.   This was treated with Prometrium but stopped due to weight
gain. Her periods are normal without heavy flow, cramps or intermenstrual
bleeding.

PAST OB/GYN HISTORY: One miscarriage, one abortion, dilatation and
curettage in March 2003 showing simple hyperplasia, morbid obesity, sleep
apnea, atypical chest pain and schizoaffective disorder.

ALLERGIES: Cipro, penicillin, contrast dye.

PHYSICAL EXAM: Shows weight of 270. Height of 5' 5". Blood pressure 140/90
in this anxious overweight white female. After verbal informed consent
endometrial biopsy is performed. Speculum is inserted and the cervix is
easily visualized. Repeat Pap smear is obtained and the cervix is prepped
with Betadine and endocervical curettage was performed and the specimen
collected with a Cytobrush. A 3 mm Pipelle is passed 8 cm into the uterine
cavity and uterus is thoroughly sampled.   The specimen was sent to
pathology. The patient tolerated the procedure well despite severe anxiety.

ASSESSMENT: 44-year-old P zero obese white female with history of AGUS on
Pap smear recently, evaluated today with repeat Pap smear, endocervical
curettage and endometrial biopsy.

PLAN: The patient is advised to return in two weeks for discussion of test
results and recommendations.

 Mary H. Briggs, MD
 781-744-8564

MHB:mg
D:   04/28/2005 10:28:27
T:   05/04/2005 15:49:23

```
============================= CHART NOTE ================================
     LC# :  000002266723                PRINTED ON :  05/22/05   1045
                                               BY :  MRKXB00    SU53
```

J:  4776192

CC:
Matthew S Kanef, MD, <Primary Care Physician>

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Mary H. Briggs, MD ON
05/05/2005 12:52:27

```
============================= END OF DOCUMENT ==========================
```

# FINAL Gyn Cytology Report

**Name: HARDACRE, COLLEEN**                    **Case: G2005-004774**

[X]

**Source**
CERVIX-THINPREP

**Adequacy**
SATISFACTORY FOR INTERPRETATION.
SATISFACTORY BUT WITH OBSCURING BLOOD.

**Interpretation**
**CERVIX-THINPREP**
**MENSTRUAL SAMPLE WITH ATYPICAL  GLANDULAR CELLS PRESENT (AGUS).**
**THE SPECIMEN WILL BE EVALUATED FOR HIGH RISK HPV (HUMAN PAPILLOMAVIRUS)**
**TYPES. FINAL RESULTS OF THIS ASSAY WILL BE REPORTED FROM THE**
**MICROBIOLOGY LAB IN 2-3 WEEKS.**

**(jd[lsk])**

**Electronic Signature**

**THEODORA A. GUTSELL, C.T (ASCP)**          **JOHN M. DUGAN, M.D.**
**(Case Screened 03 11 2005)**               **(Case signed 03 14 2005)**

**Case Clinical Information**
ANNUAL
PREVIOUS ABNORMAL PAP
ROUTINE

**Physicians**
BRIGGS,MARY H./8564/1099

*Cervicovaginal cytology ("Pap Smear") is a screening test intended to aid in the detection of cervical squamous cell carcinoma and its precursors. Although very effective, the test is imperfect with a well recognized false positive and false negative fraction. The false negative fraction has been reported in the literature to be at least 5-10%.*

G
Y
N

C
Y
T
O
L
O
G
Y

R
E
P
O
R
T

| LAHEY CLINIC | HARDACRE, COLLEEN | 2266723 |
|---|---|---|
| BURLINGTON, MA  01805 | MARY H. BRIGGS, M.D. | LOC: 6WC |
| (781) 744-8046 | DOB: 12 06 1960 | AGE/SEX:  4/  F |
| GYN CYTOLOGY REPORT | ORDERED: 03 03 2005 | REPORTED: None |
|  | RECEIVED:  03 04 2005 | SITE: |

Original copy