UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
COLLEEN MARIE HARDACRE,      )
    Plaintiff,               )
                             )
    v.                       )   C.A. No. 05-10542-MLW
                             )
FEDERAL BUREAU OF            )
INVESTIGATION, ET AL.,       )
    Defendants.              )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                          January 9, 2006

For the reasons described in the Memorandum in Support of [Defendants'] Motion to Dismiss (Docket No. 9), the complaint in this case is frivolous because it is based upon clearly baseless and, indeed, delusional allegations. See, e.g., Nietzke v. Williams, 490 U.S. 319, 325, 327-29 (1989); Wyatt v. Boston, 35 F.3d 13, 15 (1st Cir. 1994). Accordingly, the Defendants' Motion to Dismiss (Docket No. 8) is hereby ALLOWED.

                           /S/ MARK L. WOLF
                          UNITED STATES DISTRICT JUDGE