# United States District Court
# District of Massachusetts

FILED
IN CLERKS OFFICE
2006 JAN -9 P 2:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

Colleen M. Hardacre,  )
Plaintiff             )
                      )
                      ) C.A. NO.
V.                    ) 05-10542-
                      ) MLW
                      )
Federal Bureau of Investigation, )
& U.S. Department of  )
Justice,              )
Defendants-           )

## Emergency Motion to Transfer

The Plaintiff, Colleen M. Hardacre, hereby requests that this case be transferred to the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois,

1. The Plaintiff is indeed being harassed with her life controlled and obstructed by the FBI & the FBI is lying about this.

2. The U.S. Attorney representing the FBI states in his Motion to Dismiss that the FBI says they are not violating my life or committing what I have complained of in my document. The FBI is lying to the court.

3. Because the FBI is still not willing to confront me or make itself available through legal channels to me to resolve these issues & is still so

bold as to blatently lie to the court, my hopes of this factual complaint being treated justfully through this court without being tainted or obstructed by the FBI are probally not going to happen.

4. Since I filed this complaint, the FBI's noise + fright chemicals have further torn my pelvic muscles (5th time). To avoid their noise abuse I have been reduced to sleeping in my trunk on occasion and drove 20,000 miles in 10

months because my choice was to be noise provoked or leave my home. They have also reduced my disability to 1300.00 a month, a salary for m from about 15 years ago, as they disabled me from working. Adrenaline after 8 million times completely contracts pelvic muscles, bowel, bladder & vagina. They are at about 9 million times now.

5. Because they are corrupt & control everything, once the US attorney said "they wasn't a cure" passing

the FBI would again get out of this complaint & rented an apartment in Chicago. I have been paying rent on 2 places since August, 2005. I am going to move there & can no longer pay this double rent & feel the FBI is stalling on purpose so I will just walk away from this complaint. It is for this reason that I respectfully request that this be allowed to be transferred to Illinois as I will never choose to walk away from this complaint against the FBI if there

was the slightest chance of their being brought to justice in this matter + forced to face me + these issues, especially since they are physically harming me for the 7th year on purpose.

Respectfully Submitted,

1/9/06

Colleen M. Hardaway, Plaintiff
113 River Port Way
#6209
Lawrence, MA 01843
978-683-3755

## Certificate of Service

I hereby certify that this document was served via first class mail to the following parties in this case, this 9th day of ~~November, 2005~~ January, 2006.

Colleen M. Hardacer, Pro Se Plaintiff

Christopher R. Donato, Esq.
Assistant U.S. Attorney
U.S. Attorney Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3303