United States District Court
District of Massachusetts

FILED
IN CLERK'S OFFICE
2006 JAN -9 P 2: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

Colleen M. Hardace,
   Plaintiff,

v.

Federal Bureau of
Investigation + U.S.
Department of Justice,
   Defendants

)
)
)
)
)
)
)
)
)
)

C.A. NO.
05-10542-MLW

Change of Address

Please be advised the Plaintiff has
moved to:    Colleen Hardace
             5802 S. Walnut #2B
As of 1/10/06   Downers Grove, IL. 60516
             630-737-0465

Respectfully submitted,
Colleen M. Hardace, Pro Se
Plaintiff